| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| C.D. Michel (SBN: 144258) <br> Anna M. Barvir (SBN: 268728) <br> Tiffany D. Cheuvront (SBN: 317144) <br> Michel & Associates, P.C. <br> 180 East Ocean Blvd., Suite 200 <br> Long Beach, CA 90802 <br> Tel.: (562) 216-4444 | |
| ATTORNEY(S) FOR: Plaintiffs B & L Productions, Inc., et al. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| B & L Productions, Inc., et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), <br> v. <br> Gavin Newsom, in his official capacity as Governor of the State of California, et al. <br><br> Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs B & L Productions, Inc., et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Plaintiffs are not aware of any persons, associations of persons, firms, partnerships, or corporations that may have a pecuniary interest in the outcome of this litigation. | |

August 12, 2022                s/ Anna M. Barvir
Date                           Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs B & L Productions, Inc., et al.