| Attorney or Party without Attorney:<br>C.D. Michel, Esq., Bar #144258<br>Michel & Associates, P.C.<br>180 East Ocean Blvd, Suite 200<br>Long Beach, CA  90802<br>Telephone No: 562-216-4444     FAX No: 562-216-4445 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | |
| Plaintiff: B & L Productions, Inc., et al.<br>Defendant: Gavin Newsom, et al. | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>822CV01518JWHJDEX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to US Judges; Notice to Parties of Court- Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a US Magistrate Judge; Standing Order

3. a. Party served:         Rob Bonta, in his official capacity as Attorney General of the State of California
   b. Person served:        Officer Silkwood, Person Authorized to Accept

4. Address where the party was served:      Attorney General's Office
                                             1300 "I" Street
                                             Sacramento, CA  95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Aug. 30, 2022 (2) at: 4:00PM

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John M. Adams                                           d. **The Fee** for Service was:

   1500 W. El Camino Avenue, #510
   Sacramento, CA 95833
   855-5VALPRO, Fax (866) 900-4665
   www.ValproAttorneyServices.com
   **Valpro** ATTORNEY SERVICES

   e. I am: (3) registered California process server
         (i)   Independent Contractor
         (ii)  Registration No.:     2014-45
         (iii) County:                Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Aug. 31, 2022

                                                              _____
   **Judicial Council Form**          **PROOF OF SERVICE**    (John M. Adams)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                              *michel.50491*