| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| C.D. Michel, Esq., Bar #144258 | | | | |
| Michel & Associates, P.C. | | | | |
| 180 East Ocean Blvd, Suite 200 | | | | |
| Long Beach, CA 90802 | | | | |
| Telephone No: 562-216-4444 | FAX No: 562-216-4445 | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Central District Of California |
| Plaintiff: B & L Productions, Inc., et al. |
| Defendant: Gavin Newsom, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 822CV01518JWHJDEX |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to US Judges; Notice to Parties of Court- Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a US Magistrate Judge; Standing Order

*3. a. Party served:*     Karen Ross, in her official caacity as Secretary of California Department of Food & Agriculture and in his personal capacity
   *b. Person served:*     Winnie Bell, Person Authorized to Accept

*4. Address where the party was served:*     California Dept. of Food & Agriculture
                                              1220 N St
                                              Sacramento, CA 95814

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Aug. 31, 2022 (2) at: 3:30PM

*7. **Person Who Served Papers:***                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John M. Adams                                   d. ***The Fee** for Service was:*

**1500 W. El Camino Avenue, #510**          e. I am: (3) registered California process server
**Sacramento, CA 95833**                           *(i)* Independent Contractor
**855-5VALPRO, Fax (866) 900-4665**           *(ii) Registration No.:*     2014-45
Valpro **www.ValproAttorneyServices.com**          *(iii) County:*     Sacramento

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Aug. 31, 2022*