| Attorney or Party Without Attorney (Name and Address)<br>C.D. MICHEL<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):       PLAINTIFF | Telephone No.<br>562-216-4444<br><br>Ref. No. or File No.<br><br>267522/2540 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>350 W. 1ST STREET LOS ANGELES, CA. | | |
| Short Title of Case:<br>B&L PRODUCTIONS, INC. VS NEWSOM | | |
| Invoice No.:<br>836974 | Date:    Time:    Dep./Div.: | Case Number:<br>8:22-CV-01518-JWH-JDE |

PROOF OF SERVICE SUMMONS AND COMPLAINT

I certify that I am authorized to serve the SUMMONS and COMPLAINT in the within action pursuant to F.R.Civ.P.4(c) and that I served the SUMMONS and COMPLAINT as follows:

SUMMONS
COMPLAINT
CIVIL CASE COVER SHEET
NOTICE OF INTERESTED PARTIES
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
STANDING ORDER

1. Name and title of person served: TODD SPITZER, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF ORANGE COUNTY, BY SERVING JOHN HURLEY (AUTHORIZED TO ACCEPT)

2. Date and time of delivery: 08/29/22 , 04:14 PM

3. Place of service: RESIDENCE
                    BUSINESS    300 NORTH FLOWER STREET
                                SANTA ANA CA 92703

PERSONAL SERVICE

PERSONAL SERVICE, by handing copies to the person served (F.R.Civ.P.4e)
I declare under penalty of perjury that the foregoing document is true and correct.

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.
DATE:  08/31/22                                                    SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| C.D. MICHEL<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):       PLAINTIFF | 562-216-4444<br><br>Ref. No. or File No.<br><br>267522/2540 | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
350 W. 1ST STREET LOS ANGELES, CA.

Short Title of Case:
B&L PRODUCTIONS, INC. VS NEWSOM

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 836974 | | | | 8:22-CV-01518-JWH-JDE |

```
Executed at SIGNAL HILL, state of CALIFORNIA on 08/31/22

SERVED BY:ROGER W CUNNINGHAM    FEE FOR SERVICE: $80.00
```

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [  ] Independent Contractor
(2) Registration No. 2020037042
(3) County: LOS ANGELES
(4) Expiration: 02/01/24

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.
DATE:  08/31/22                                                        SIGNATURE