| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| C.D. MICHEL<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):  PLAINTIFF | 562-216-4444<br><br>Ref. No. or File No.<br><br>267522/2540 | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
350 W. 1ST STREET LOS ANGELES, CA.

Short Title of Case:
B&L PRODUCTIONS, INC. VS NEWSOM

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 836971 | | | | 8:22-CV-01518-JWH-JDE |

## PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P.4(c) and that I served the summons and complaint as follows:

    SUMMONS
    COMPLAINT
    CIVIL CASE COVER SHEET
    NOTICE OF INTERESTED PARTIES
    NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
    NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
    NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED
    STATES MAGISTRATE JUDGE
    STANDING ORDER

1. Name and title of person served:
    32ND DISTRICT AGRICULTURAL ASSOCIATION
2. Person with whom left: JESUS LARA
    TITLE: HUMAN RESOURCES SPECIALIST (AUTH. TO ACCEPT)
3. Date and time of delivery: 08/29/22 , 04:59 PM
5. Place of service:

    BUSINESS  OC FAIR & EVENT CENTER
              88 FAIR DRIVE
              COSTA MESA CA 92626

    PERSONAL SERVICE
UPON A BUSINESS ENTITY (DOMESTIC OR FOREIGN CORPORATION OR PARTNERSHIP OR ASSOCIATION SUBJECT TO SUIT UNDER A COMMON NAME)
by delivering a copy of the summons and complaint to an officer or

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.
DATE: 08/31/22                                   SIGNATURE

| Attorney or Party Without Attorney (Name and Address)<br>C.D. MICHEL<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):     PLAINTIFF | Telephone No.<br>562-216-4444<br><br>Ref. No. or File No.<br><br>267522/2540 | FOR COURT USE ONLY |
|---|---|---|

| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>350 W. 1ST STREET LOS ANGELES, CA. |
|---|

| Short Title of Case:<br>B&L PRODUCTIONS, INC. VS NEWSOM |
|---|

| Invoice No.:<br>836971 | Date: | Time: | Dep./Div.: | Case Number:<br>8:22-CV-01518-JWH-JDE |
|---|---|---|---|---|

a managing or general agent. any other agent authorized by appointment or by law to receive service of process(if the agent is authorized by statute and the statute so requires, copies of the summons and complaint must also be mailed to the defendant) [FRCP Rule 4(h)(1)(B)] AND Pursuant to the law to the law of the state in which the district court is located or of the state in which service is made [FRCP Rule 4(h)(1)(A)] (CCP 416.10(b)]

I declare under the penalty of perjury that the foregoing is true and correct
Executed at Signal Hill, State of California on 08/31/22

SERVED BY: ROGER W CUNNINGHAM   FEE FOR SERVICE: $80.00

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [   ] Independent Contractor
(2) Registration No. 2020037042
(3) County: LOS ANGELES
(4) Expiration: 02/01/24

I declare under penalty of perjury, under the laws of the State of California and of the United States of America that the foregoing is true and correct.
DATE: 08/31/22                                                                 SIGNATURE