1   ROB BONTA
    Attorney General of California
2   R. MATTHEW WISE
    Supervising Deputy Attorney General
3   NICOLE J. KAU
    Deputy Attorney General
4   State Bar No. 292026
      300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013-1230
      Telephone:  (213) 269-6220
6     Fax:  (916) 731-2125
      E-mail:  Nicole.Kau@doj.ca.gov
7   *Attorneys for Defendants Governor Gavin Newsom,*
    *Attorney General Rob Bonta, Secretary Karen Ross,*
8   *and 32nd District Agricultural Association*

9   *[Additional Counsel listed on next page.]*

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14 **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et. al.,** | Case No. 8:22-cv-01518 JWH (JDEx) |
| 15 | **STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY <u>MORE</u> THAN 30 DAYS (L.R. 7-1, 8-3)** |
| 16 **Plaintiffs,** | |
| 17 | |
| 18 **v.** | Complaint served date: Varying dates Current response date: First response due September 19, 2022 New response date: November 14, 2022 |
| 19 **GAVIN NEWSOM, et al.,** | |
| 20 **Defendants.** | |

21

22

23

24

25

26

27

28

1

C.D. Michel (SBN 144258)
Anna M. Barvir SBN 268728)
Tiffany D. Cheuvront (SBN 317144)
Alexander Asch Frank (SBN 311718)
MICHEL & ASSOCIATES, P.C.
  180 E. Ocean Blvd., Suite 200
  Long Beach, CA 90802
  Telephone: (562) 216-4444
  Facsimile: (562) 216-4445
  Email:  Abarvir@michellawyers.com
*Attorneys for Plaintiffs B&L Productions, Inc.,
California Rifle & Pistol Association, Inc., Gerald
Clark, Eric Johnson, Chad Littrell, Jan Steven
Merson, Asian Pacific American Gun Owner
Association, Second Amendment Law Center, Inc.*


Donald Kilmer (SBN 179986)
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com
*Attorney for Plaintiff Second Amendment
  Foundation*

1         Pursuant to Local Rules 7-1 and 8-3 of the United States District Court for the

2   Central District of California, and the Federal Rules of Civil Procedure, Plaintiffs

3   B&L Productions, Inc., d/b/a/ Crossroads of the West, Gerald Clark, Eric Johnson,

4   Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Inc., Asian

5   Pacific American Gun Owners Association, Second Amendment Law Center, Inc.,

6   and Second Amendment Foundation (collectively, "Plaintiffs") and Defendants

7   Gavin Newsom, in his official capacity as Governor of the State of California, Rob

8   Bonta, in his official capacity as Attorney General of the State of California, Karen

9   Ross, in her official capacity as Secretary of California Department of Food and

10  Agriculture and in her personal capacity, and the 32nd District Agricultural

11  Association (collectively, "Stipulating Defendants" and together with Plaintiffs, the

12  "Stipulating Parties"), by and through their attorneys, hereby stipulate and jointly

13  move to the following below.  Defendant Todd Spitzer, sued in his official capacity

14  as the District Attorney of Orange County, is not a party to this stipulation and is

15  represented by separate counsel.

16        WHEREAS, Plaintiffs' Complaint (ECF No. 1) was filed in this Court on

17  August 12, 2022;

18        WHEREAS, Plaintiffs completed service of the Complaint and Summons on

19  the 32nd District Agricultural Association on August 29, 2022, the Attorney General

20  Rob Bonta on August 30, 2022, Karen Ross on August 31, 2022, and Governor

21  Gavin Newsom on September 13, 2022;

22        WHEREAS, the Stipulating Defendants currently have varying response

23  deadlines as a result of the different dates of service;

24        WHEREAS, a single response deadline for the Stipulating Defendants would

25  enhance judicial economy, and given the number and complexity of the claims and

26  issues raised in the Complaint, the Stipulating Parties agree that an extension of

27  time for the Stipulating Defendants to respond to the Complaint is appropriate;

28

1  NOW, THEREFORE, in consideration of the foregoing, the Stipulating Parties

2  further stipulate and jointly move as follows;

3  The Stipulating Defendants' time to answer, move to dismiss, or otherwise

4  respond to the Complaint shall be extended to November 14, 2022.

5

6  **IT IS SO STIPULATED.**

7  Dated:  September 15, 2022          Respectfully submitted,

8                                      ROB BONTA
                                       Attorney General of California
9                                      R. MATTHEW WISE
                                       Supervising Deputy Attorney General
10
                                       /s/NICOLE J. KAU
11                                     Deputy Attorney General
                                       *Attorneys for Defendants Governor*
12                                     *Gavin Newsom, Attorney General*
                                       *Rob Bonta, Secretary Karen Ross,*
13                                     *and 32nd District Agricultural*
                                       *Association*
14
15 Dated: September 15, 2022           MICHEL & ASSOCIATES, P.C.

16                                     /s/Anna M. Barvir
                                       Anna M. Barvir
17                                     *Attorneys for Plaintiffs B&L Productions, Inc.,*
                                       *California Rifle & Pistol Association, Inc.,*
18                                     *Gerald Clark, Eric Johnson, Chad Littrell, Jan*
                                       *Steven Merson, Asian Pacific American Gun*
19                                     *Owner Association, Second Amendment Law*
                                       *Center, Inc.*
20
21
22
23 Dated: September 15, 2022           Law Offices of Donald Kilmer, APC

24                                     /s/ Donald Kilmer
                                       Donald Kilmer
25                                     *Attorney for Plaintiff Second Amendment*
                                       *Foundation*
26
27  SA2022303648; 65422277.docx

28

# CERTIFICATE OF SERVICE

Case Name: **B&L Productions, Inc., et al. v. Gavin Newsom, et al.**       No.   **8:22-cv-01518 JWH (JDEx)**

I hereby certify that on <u>September 16, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY MORE THAN 30 DAYS (L.R. 7-1, 8-3)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 16, 2022</u>, at Los Angeles, California.

| Blanca Cabrera | */s/ Blanca Cabrera* |
|---|---|
| Declarant | Signature |

SA2022303648
65429030.docx