IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**<br><br>                              **Plaintiffs**,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              **Defendants**. | Case No. 8:22-cv-01518 JWH (JDEx)<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

    Before the Court is the Stipulation and Joint Motion to Extend Time to Respond to the Complaint by More Than 30 Days for Defendants Gavin Newsom, in his official capacity as Governor of the State of California, Rob Bonta, in his official capacity as Attorney General of the State of California, Karen Ross, in her official capacity as Secretary of California Department of Food and Agriculture and in her personal capacity, and the 32nd District Agricultural Association (collectively, "Stipulating Defendants").

Having reviewed the motion, and good cause appearing with the varying service dates for the Stipulating Defendants, the Court hereby GRANTS the motion and orders as follows:

The time to answer, move to dismiss, or otherwise respond to the Complaint for the Stipulating Defendants is extended to November 14, 2022.

**IT IS SO ORDERED.**

Dated: _____The Honorable John W. Holcomb

SA2022303648
65422278.docx

# CERTIFICATE OF SERVICE

Case Name:   **B&L Productions, Inc., et al. v. Gavin Newsom, et al.**   No.   **8:22-cv-01518 JWH (JDEx)**

I hereby certify that on September 16, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 16, 2022, at Los Angeles, California.

|  |  |
|---|---|
| Blanca Cabrera | */s/ Blanca Cabrera* |
| Declarant | Signature |

SA2022303648