IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**

**Plaintiffs**,

**v.**

**GAVIN NEWSOM, et al.,**

**Defendants**.

Case No. 8:22-cv-01518 JWH (JDEx)

**ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Before the Court is the Stipulation and Joint Motion to Extend Time to Respond to the Complaint by More Than 30 Days for Defendants Gavin Newsom, in his official capacity as Governor of the State of California, Rob Bonta, in his official capacity as Attorney General of the State of California, Karen Ross, in her official capacity as Secretary of California Department of Food and Agriculture and in her personal capacity, and the 32nd District Agricultural Association (collectively, "Stipulating Defendants").

Having reviewed the motion, and good cause appearing with the varying service dates for the Stipulating Defendants, the Court hereby GRANTS the motion and orders as follows:

The time to answer, move to dismiss, or otherwise respond to the Complaint for the Stipulating Defendants is extended to November 14, 2022.

**IT IS SO ORDERED.**

Dated: September 19, 2022

John W. Holcomb
U.S. District Judge