C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

*[Additional Counsel listed on next page.]*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of the State of California; et al.; <br><br> Defendants. | CASE NO: 8:22-cv-01518 JWH (JDEx) <br><br> **STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY MORE THAN 30 DAYS & REQUEST FOR SCHEDULING ORDER** <br><br> Action Filed: August 12, 2022 |

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Superintendent Deputy Attorney General
3  NICOLE J. KAU
   Deputy Attorney General
4  State Bar No. 292026
    300 South Spring Street, Suite 1702
5   Los Angeles, CA 90013-1230
    Telephone: (213) 269-6220
6   Fax: (916) 731-2125
    E-mail: Nicole.Kau@doj.ca.gov
7  *Attorneys for Defendants Governor Gavin Newsom,*
   *Attorney General Rob Bonta, Secretary Karen Ross,*
8  *and 32nd District Agricultural Association*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rules 7-1 and 8-3 of the United States District Court for the Central District of California, and the Federal Rules of Civil Procedure, Plaintiffs B & L Productions, Inc., d/b/a Crossroads of the West, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Incorporated, Second Amendment Law Center, Inc., Asian Pacific American Gun Owners Association, and Second Amendment Foundation, Inc. (collectively, "Plaintiffs") and Defendants Gavin Newsom, in his official capacity as Governor of the State of California, Rob Bonta, in his official capacity as Attorney General of the State of California, Karen Ross, in her official capacity as Secretary of California Department of Food and Agriculture and in her personal capacity, and the 32nd District Agricultural Association (collectively, "Stipulating Defendants" and together with Plaintiffs, the "Stipulating Parties"), by and through their attorneys, hereby stipulate and jointly move to the following below.[1]

WHEREAS, Plaintiffs' Complaint (ECF No. 1) was filed in this Court on August 12, 2022;

WHEREAS, Plaintiffs completed service of the Complaint and Summons on the 32nd District Agricultural Association on August 29, 2022, the Attorney General Rob Bonta on August 30, 2022, Karen Ross on August 31, 2022, and Governor Gavin Newsom on September 13, 2022;

WHEREAS, the Stipulating Parties previously stipulated to extend the deadline for the Stipulating Defendants to file their response to Plaintiffs' Complaint by more than 30 days (ECF No. 14);

WHEREAS, this Court approved that stipulation, ordering that the Stipulating Defendants file their response on or before November 14, 2022;

WHEREAS, since the filing and approval of that stipulation, Plaintiffs learned

---

[1] Defendant Todd Spitzer, sued in his official capacity as the District Attorney of Orange County, is not a party to this stipulation and is represented by separate counsel.

of the recent adoption of California Senate Bill 915 (SB 915), a statewide law, effective January 1, 2023, which restricts the sales of firearms, ammunition, and firearm precursor parts on state property and buildings that sit on state property, subject to exceptions;

WHEREAS, on or about November 1, 2022, counsel for the Stipulating Parties met and conferred to discuss the Stipulating Defendants' anticipated motion to dismiss Plaintiffs' Complaint;

WHEREAS, during that meeting, Plaintiffs informed the Stipulating Defendants that they will file a First Amended Complaint to bring a challenge to SB 915, add a Second Amendment claim, and attempt to address concerns raised by the Stipulating Defendants during the meet-and-confer process;

WHEREAS, Plaintiffs also informed the Stipulating Defendants that they anticipate promptly filing a motion for preliminary injunction to be heard before SB 915 takes effect on January 1, 2023;

WHEREAS, the issues concerning Plaintiffs' anticipated motion for a preliminary injunction will significantly overlap with any potential motion to dismiss or other response to the First Amended Complaint, the Stipulating Parties agree that it would preserve resources of both the parties and the Court to again extend the deadline for the Stipulating Defendants to file any responsive pleading.

NOW THEREFORE, in consideration of the foregoing, the Stipulating Parties stipulate and jointly move as follows:

1. Plaintiffs are to file and serve the First Amended Complaint on or before November 11, 2022;

2. Plaintiffs are to file and serve any motion for preliminary injunction on or before November 15, 2022;

3. Stipulating Defendants are to file and serve any opposition to the motion for preliminary injunction on or before December 9, 2022;

4. Plaintiffs are to file and serve any reply to the opposition to the motion

for preliminary injunction on or before December 16, 2022;

5. The hearing on Plaintiffs' motion for preliminary injunction will be set for December 30, 2022, at 9:00 a.m., or any date thereafter convenient for the Court.

6. The Stipulating Defendants' time to answer, move to dismiss, or otherwise respond to the First Amended Complaint shall be extended until sixty (60) days after the hearing on Plaintiffs' motion for preliminary injunction, or 30 days after the ruling on the motion for preliminary injunction is issued, whichever is later.

**IT IS SO STIPULATED.**

Dated: November 8, 2022  **MICHEL & ASSOCIATES, P.C.**

*/s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Dated: November 8, 2022  **LAW OFFICES OF DONALD KILMER, APC**

*/s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff Second Amendment Foundation

Dated: November 8, 2022  ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
NICOLE J. KAU
Deputy Attorney General

*/s/ Nicole J. Kau*
Deputy Attorney General
Counsel for Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and 32nd District Agricultural Association

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY MORE THAN 30 DAYS & REQUEST FOR SCHEDULING ORDER. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: November 8, 2022          */s/ Anna M. Barvir*
                                 Anna M. Barvir

# **CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *B & L Productions, Inc., et al. v. Newsom, et al.*
Case No.: 8:22-cv-01518 JWH (JDEx)

IT IS HEREBY CERTIFIED THAT:

     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

     I am not a party to the above-entitled action. I have caused service of:

**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY MORE THAN 30 DAYS AND REQUEST FOR SCHEDULING ORDER**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Nicole J. Kau, Deputy Attorney General
nicole.kau@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

     I declare under penalty of perjury that the foregoing is true and correct.

Executed November 8, 2022.

*Laura Palmerin*
Laura Palmerin