IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; et al., <br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; et al.;<br><br>Defendants. | CASE NO: 8:22-cv-01518 JWH (JDEx)<br><br>**[PROPOSED] ORDER FOR STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY MORE THAN 30 DAYS & REQUEST FOR SCHEDULING ORDER** |

Before the Court is the Stipulation and Joint Motion to Extend Time to Respond to the Complaint by More Than 30 Days & Request For Scheduling Order. Having reviewed the motion, and good cause appearing, the Court hereby GRANTS the motion and orders as follows:

1. Plaintiffs are to file and serve the First Amended Complaint on or before November 11, 2022;

2. Plaintiffs are to file and serve any motion for preliminary injunction on or before November 15, 2022;

3. Stipulating Defendants are to file and serve any opposition to the

motion for preliminary injunction on or before December 9, 2022;

4. Plaintiffs are to file and serve any reply to the opposition to the motion for preliminary injunction on or before December 16, 2022;

5. The hearing on Plaintiffs' motion for preliminary injunction is set for December 30, 2022, at 9:00 a.m.

6. The Stipulating Defendants' time to answer, move to dismiss, or otherwise respond to the First Amended Complaint shall be extended until sixty (60) days after the hearing on Plaintiffs' motion for preliminary injunction, or 30 days after the ruling on the motion for preliminary injunction is issued, whichever is later.

**IT IS SO ORDERED.**

Dated: _____    _____
                              The Honorable John W. Holcomb