# EXHIBIT 1



### COSTA MESA, CA

# EVENT SPACE SALES



# OVERVIEW

OC Fair & Event Center is a 150-acre event venue that hosts over 150 events and attracts approximately 4.3 million visitors annually. Our versatile multi-use property can be transformed to fit a variety of events from small private events to large-scale trade shows and festivals. Our full-service capabilities cover concessions, security, audio/visual, on-site camping and more.

In addition to great year-round weather in sunny Southern California, we are also conveniently located nearby numerous lodging options, restaurants, shopping, major freeways (55 and 405) and John Wayne Airport.

## AT A GLANCE

**150 acres** — **157,000 sq. ft. unique event space** — **24+ indoor and outdoor options**

| | |
|---|---|
| Conventions, expos and trade shows | Weddings |
| Corporate events and fundraisers | National touring events |
| Private events | Meetings |
| Seasonal events | Pop-up events |
| Concerts and festivals | Holiday parties |



Contact sales@ocfair.com or (714) 708-1834 for inquiries or to schedule a tour. **OC Fair & Event Center is a GBAC STAR facility.**

## AREA MAP



# PROPERTY MAP

405
ORANGE COAST COLLEGE
ARLINGTON DR.
FAIRVIEW RD.
FAIR DR.
NEWPORT BLVD.
55
N
GATE 3.5
GATE 4
GATE 4.5
GATE 5
GATE 6
GATE 7
GATE 8
GATE 9
GATE 9.5
GATE 3
GATE 10
GATE 2
GATE 1
GREEN GATE
YELLOW GATE
BLUE GATE
CAMPGROUND GATE
Lot E
Lot F
Lot D
Lot C
Lot B
Lot A
Lot I
Lot G
Lot H

**LEGEND**

**EXHIBIT HALLS**
1 Costa Mesa Building
2 Santa Ana Pavilion
3 Huntington Beach Building
4 Anaheim Building
5 OC Promenade
6 Los Alamitos Building
7 Livestock

**OUTDOOR SPACES**
8 Action Sports Arena
9 Main Mall
10 Park Plaza
11 Festival Fields
12 Festival Asphalt
13 Crafters Village
14 Campground
15 Courtyard
16 Country Meadows
17 Pacific Amphitheatre
18 Centennial Farm
19 Heroes Hall
20 Table of Dignity

**MEETING & MULTIPURPOSE AREAS**
21 Plaza Pacifica Lobby
22 Millennium Barn
23 Baja Blues Bar & Restaurant
24 The Hangar

**OFFICE BUILDINGS**
25 Security
26 Box Office
27 Administration
28 Event Operations
29 Equestrian Center
30 Spectra
31 Silo Building

**OTHER**
R Restrooms

# EVENT SPACE                    OVERVIEW

## EXHIBIT HALLS

**West Main Mall**
- Costa Mesa Building
- Santa Ana Pavilion
- Huntington Beach Building

**East Main Mall**
- Anaheim Building
- OC Promenade
- Los Alamitos Building

**The Hangar**

## INDOOR SPACES
- Baja Blues Bar & Restaurant
- Millennium Barn
- Plaza Pacifica Lobby

## OUTDOOR SPACES
- Action Sports Arena
- Campground
- Country Meadows
- Crafters Village
- Festival Fields (Asphalt)
- Festival Fields (Grass)
- Heroes Hall Courtyard
- Main Mall
- Pacific Amphitheatre
- Parking Lots B-I
- Park Plaza
- Plaza Pacifica



## WEST MAIN MALL



**HUNTINGTON BEACH**
19,572 Square Feet
Climate-Controlled Exhibit Hall

**SANTA ANA PAVILION**
16,325 Square Feet
Outdoor Covered Space

**COSTA MESA**
34,025 Square Feet
Climate-Controlled Exhibit Hall

**FLOOR:**
**COSTA MESA**
120' x 300' Hi-Gloss Concrete

**SANTA ANA PAVILION**
55' x 305' Concrete

**HUNTINGTON BEACH**
87' x 240' Hi-Gloss Concrete

**COURTYARD**
Finished Concrete

**ROLL-UP ENTRY DOOR:**
**COSTA MESA** - 14' 6" x 14'

**ROLLING GATE WIDTH:**
**SANTA ANA PAVILION** - 15' 6"

**ROLL-UP ENTRY DOOR:**
**HUNTINGTON BEACH** - 17' 6" x 15' 6"

**BOOTH SPACES (10' X 10'):**
**COSTA MESA**
**SANTA ANA PAVILION**
**HUNTINGTON BEACH**
**THE COURTYARD**

Options available, inquire for details.

**ASSEMBLY*:**
**COSTA MESA**
Standing Space: 6,805
Seated Space: 4,860

**SANTA ANA PAVILION**
Standing Space: 3,265
Seated Space: 2,332

**HUNTINGTON BEACH**
Standing Space: 3,914
Seated Space: 2,796

*Pending Fire Marshal approval.



**CEILING HEIGHT:**
**COSTA MESA** - 16' 3" to 30' 10"
**SANTA ANA PAVILION** - 22' 4" to 25' 9"
**HUNTINGTON BEACH** - 15' to 17' 5"
**THE COURTYARD** - 19' x 10'

**TRADESHOW / BANQUET CAPACITY*:**
**COSTA MESA** - 2,268
**SANTA ANA PAVILION** - 1,088
**HUNTINGTON BEACH** - 1,304
**THE COURTYARD** - 00
**TOTAL** - 4,660

*Pending Fire Marshal approval.

# COSTA MESA BUILDING









## 34,025 Square Feet

**Floor:** 120' x 300' Hi-Gloss Concrete

**Ceiling Height:** 16' 3" to 30' 10"

**Rolling Entry Door:** 14' 6" x 14'

**Climate Control:** Y

**Covered:** Y

**Tradeshow / Banquet Capacity:** 2,268

**Assembly**
Standing Space: 6,805
Seated Space: 4,860

7

# SANTA ANA PAVILION









## 16,325 Square Feet

**Floor:** 55' x 305' Concrete

**Ceiling Height:** 22' 4" to 25' 9"

**Rolling Gate Width:** 15' 6"

**Climate Control:** N

**Covered:** Y

**Tradeshow / Banquet Capacity:** 1,088

**Assembly**
Standing Space: 3,265
Seated Space: 2,332

# HUNTINGTON BEACH BUILDING





**19,572 Square Feet**





**Floor:** 87' x 240' Hi-Gloss Concrete

**Ceiling Height:** 15' to 17' 5"

**Rolling Entry Door:** 17' 6" x 15' 6"

**Climate Control:** Y

**Covered:** Y

**Tradeshow / Banquet Capacity:** 1,304

**Assembly**
Standing Space: 3,914
Seated Space: 2,796

# OVERVIEW





## EAST MAIN MALL



| ANAHEIM | OC PROMENADE | LOS ALAMITOS |
|---|---|---|
| 12,636 Square Feet | 18,035 Square Feet | 16,640 Square Feet |
| Climate-Controlled Exhibit Hall | Outdoor Covered Space | Climate-Controlled Exhibit Hall |

─── TOTAL: **50,660** Square Feet ───

**FLOOR:**

**ANAHEIM**
70' x 201' Hi-Gloss Concrete

**OC PROMENADE**
94' x 199.5' Concrete

**LOS ALAMITOS**
86.5' x 200.9' Hi-Gloss Concrete

**ROLL-UP ENTRY DOOR:**
**ANAHEIM** - 12' X 14'

**ROLLING GATE WIDTH:**
**OC PROMENADE** - 16' 6"

**ROLL-UP ENTRY DOOR:**
**LOS ALAMITOS** - 12' x 14'

**BOOTH SPACES (10' X 10'):**
**ANAHEIM**
**OC PROMENADE**
**LOS ALAMITOS**

Options available, inquire for details.

**ASSEMBLY*:**
**ANAHEIM**
Standing Space: 2,527
Seated Space: 1,805

**OC PROMENADE**
Standing Space: 3,607
Seated Space: 2,576

**LOS ALAMITOS**
Standing Space: 3,292
Seated Space: 2,351

**CEILING HEIGHT:**
**ANAHEIM** - 16' to 17' 4"
**OC PROMENADE** - 24' - 30'
**LOS ALAMITOS** - 14' 10" to 17' 3"

**TRADESHOW / BANQUET CAPACITY*:**
**ANAHEIM** - 842
**OC PROMENADE** - 1,202
**LOS ALAMITOS** - 1,097
**TOTAL** - 3,141

*Pending Fire Marshal approval.

*Pending Fire Marshal approval.

13

# ANAHEIM BUILDING









## 12,636 Square Feet

**Floor:** 70' x 201' Hi-Gloss Concrete
**Ceiling Height:** 16' to 17' 4"
**Roll-Up Entry Door:** 12' x 14'
**Climate Control:** Y
**Covered:** Y

**Tradeshow / Banquet Capacity:** 842
**Assembly**
Standing Space: 2,527
Seated Space: 1,805

# OC PROMENADE











## 18,035 Square Feet

**Floor:** 94' x 199.5' Concrete

**Ceiling Height:** 24' - 30'

**Rolling Gate:** 16' x 6"

**Climate Control:** N

**Climate Control:** Y

**Tradeshow / Banquet Capacity:** 1,202

**Assembly**

Standing Space: 3,607

Seated Space: 2,576

# LOS ALAMITOS BUILDING









## 16,640 Square Feet

**Floor:** 86.5' x 200.9' Hi-Gloss Concrete
**Ceiling Height:** 14' 10" to 17' 3"
**Roll-Up Entry Door:** 12' x 14"
**Climate Control:** Y
**Covered:** Y

**Banquet Table/Chairs:** 1,097
**Assembly**
Standing Space: 3,292
Seated Space: 2,351

# THE HANGAR







## 22,245 Square Feet

**Floor:** 129' x 178' Hi-Gloss Concrete

**Ceiling Height:** 15' to 43'

**Rolling Entry Door:** 72'

**Climate Control:** Y

**Covered:** Y

**Tradeshow / Banquet Capacity:** 1,483

**Assembly**
Standing Space: 4,449
Seated Space: 3,177

# BAJA BLUES
## BAR & RESTAURANT







**9,200 Square Feet**

**3,900 Square Feet (Interior)   5,300 Square Feet (Exterior)**

| | |
|---|---|
| **Climate Control:** Y | **Assembly:** 240 |
| **Covered:** Y | **Capacity (Interior):** 120 |
| | **Capacity (Exterior):** 120 |

23

# MILLENNIUM BARN



**4,413 Square Feet**

**Climate Control:** N

**Covered:** Y







# PLAZA PACIFICA LOBBY



**2,400 Square Feet**

**Climate Control:** N
**Covered:** Y







# ACTION SPORTS ARENA









**48,023 Square Feet**

**Building Dimensions:**
East to West 37.85'
North to South 181.35'
Total sq. ft. 6,978

**Seats:** 1,888
**ADA Seats:** 164

**Track Dimensions:**
East to West 132.41'
North to South 254.76'
Total sq. ft. 30,960

29

# CAMPGROUND







**62,349 Square Feet**

**Lot Dimensions:**
East to West 410'
North to South 150.3'

# HEROES HALL COURTYARD



**5,506 Square Feet**

**Building Dimensions:**
East to West 90.09'
North to South 29.8'





# MAIN MALL







**77,813 Square Feet**

**Lot Dimensions:**

East to West 215.33'

North to South 392.33'

# PACIFIC AMPHITHEATRE







**150,091 Square Feet**

**Seats:** 8,233
**ADA Seats:** 127

# PARKING LOTS

B

F

GATE #4

C

G

D

H

GATE #10

E

GATE #3.5
GATE #4

I

| | |
|---|---|
| **Lot B** | 417,088 sq. ft. |
| **Lot C** | 398,554 sq. ft. |
| **Lot D** | 337,192 sq. ft. |
| **Lot E** | 188,680 sq. ft. |

| | |
|---|---|
| **Lot F** | 98,377 sq. ft. |
| **Lot G** | 332,708 sq. ft. |
| **Lot H** | 153,124 sq. ft. |
| **Lot I** | 276,235 sq. ft. |

Lot I

Lot C

# PARK PLAZA





## 28,307 Square Feet

**Lot Dimensions:**
East to West 176.04'
North to South 155.53'

41

# PLAZA PACIFICA







**81,247 Square Feet**

**Lot Dimensions:**
N.W. to S.E. 500.86'
S.W. to N.E. 299.44'

43



88 Fair Drive
Costa Mesa, CA 92626

sales@ocfair.com

ocfair.com

025