| | |
|---|---|
| 1 | C.D. Michel-SBN 144258 |
| | Anna M. Barvir-SBN 268728 |
| 2 | Tiffany D. Cheuvront-SBN 317144 |
| | MICHEL & ASSOCIATES, P.C. |
| 3 | 180 East Ocean Blvd., Suite 200 |
| | Long Beach, CA 90802 |
| 4 | Telephone: (562) 216-4444 |
| | Email: cmichel@michellawyers.com |
| 5 | |
| | Attorneys for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc. |
| 6 | |
| 7 | |
| | Donald Kilmer-SBN 179986 |
| 8 | Law Offices of Donald Kilmer, APC |
| | 14085 Silver Ridge Road |
| 9 | Caldwell, Idaho 83607 |
| | Telephone: (408) 264-8489 |
| 10 | Email: Don@DKLawOffice.com |
| 11 | Attorney for Plaintiff Second Amendment Foundation |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; GERALD CLARK; ERIC JOHNSON; CHAD LITTRELL; JAN STEVEN MERSON; CALIFORNIA RIFLE & PISTOAL ASSOCIATION, INCORPORATED; ASIAN PACIIC AMERICAN GUN OWNERS ASSOCIATION; SECOND AMENDMENT LAW CENTER, INC.; and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; TODD SPITZER, in his official capacity as District Attorney of Orange County; 32nd DISTRICT AGRICULTURAL ASSOCIATION; DOES 1-10; <br><br> Defendants. | CASE NO: 8:22-cv-01518 JWH (JDEx) <br><br> **NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT** <br><br> Action Filed: August 12, 2022 |

1

NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that on November 11, 2022, Plaintiffs B & L Productions, Inc., d/b/a Crossroads of the West, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Incorporated, Second Amendment Law Center, Inc., Asian Pacific American Gun Owners Association, and Second Amendment Foundation, Inc. filed a First Amended Complaint, ECF No. 17. Unfortunately, due to an inadvertent clerical error, the wrong electronic file was uploaded to ECF for filing, resulting in filing a clean version of the First Amended Complaint that did not match the redline version that was simultaneously filed.

Plaintiffs will refile the correct version of the First Amended Complaint today, November 14, 2022, to replace the version filed on on November 11, 2022.

Dated: November 14, 2022        **MICHEL & ASSOCIATES, P.C.**

*/s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Dated: November 14, 2022        **LAW OFFICES OF DONALD KILMER, APC**

*/s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff Second Amendment Foundation

**ATTESTATION OF E-FILED SIGNATURES**

    I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: November 14, 2022     */s/ Anna M. Barvir*
                                              Anna M. Barvir

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *B & L Productions, Inc., et al. v. Newsom, et al.*
Case No.: 8:22-cv-01518 JWH (JDEx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF ERRATA RE: FIRST AMENDED COMPLAINT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Nicole J. Kau, Deputy Attorney General
nicole.kau@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 14, 2022.

_____
Laura Palmerin