NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of the State of California; et al.; <br><br> Defendants. | CASE NO: 8:22-cv-01518 JWH (JDEx) <br><br> **ORDER ON STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY MORE THAN 30 DAYS & REQUEST FOR SCHEDULING ORDER** |

ORDER

Before the Court is the Stipulation and Joint Motion to Extend Time to Respond to the Complaint by More Than 30 Days & Request For Scheduling Order. Having reviewed the motion, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The motion is **GRANTED**.

2. Plaintiffs are **DIRECTED** to file and serve the First Amended Complaint on or before November 15, 2022.

3. Plaintiffs are **DIRECTED** to file and serve any motion for preliminary injunction on or before November 16, 2022.

4. Stipulating Defendants are **DIRECTED** to file and serve any opposition to the motion for preliminary injunction on or before December 9, 2022.

5. Plaintiffs are **DIRECTED** to file and serve any reply to the opposition to the motion for preliminary injunction on or before December 16, 2022.

6. The in-person hearing on Plaintiffs' motion for preliminary injunction is **SET** for January 6, 2023, at 9:00 a.m.

7. The Stipulating Defendants' time to answer, move to dismiss, or otherwise respond to the First Amended Complaint is **EXTENDED** to February 3, 2023.

**IT IS SO ORDERED.**

Dated: November 14, 2022

The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

ORDER