C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; GERALD CLARK; ERIC JOHNSON; CHAD LITTRELL; JAN STEVEN MERSON; CALIFORNIA RIFLE & PISTOAL ASSOCIATION, INCORPORATED; ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION; SECOND AMENDMENT LAW CENTER, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>                                 Plaintiffs,<br><br>                    v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; TODD SPITZER, in his official capacity as District Attorney of Orange County; 32nd DISTRICT AGRICULTURAL ASSOCIATION; DOES 1-10;<br><br>                                 Defendants. | CASE NO.: 8:22-cv-01518 JWH (JDEx)<br><br>**NOTICE OF PLAINTIFFS' MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:    January 6, 2023<br>Hearing Time:    9:00 a.m.<br>Courtroom:       9D<br>Judge:           John W. Holcomb<br><br>Action Filed:    August 12, 2022 |

1

PLS' NOTICE OF MOTION & MOTION FOR PRELIMINARY INJUNCTION

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that on January 6, 2023, at 9:00 a.m. in Courtroom 9D of the above-captioned court, located at  411 W. 4th Street, Santa Ana, California 92701-4516, Plaintiffs B&L Productions, Inc., Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Incorporated, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc., and the Second Amendment Foundation (collectively, "Plaintiffs") will move for a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order temporarily enjoining the enforcement of California Penal Code sections 27573 and 27575 during the pendency of this action.

Plaintiffs also ask this Court to order Defendant 32nd District Agricultural Association, upon request by Plaintiff B&L Productions, to make available the next available date for a gun show and allow Crossroads to reserve dates for gun show events (and to hold such events) at the Fairgrounds as the District would any other event promoters who have previously held events at the Fairgrounds.

Plaintiffs bring this motion because sections 27573 and 27575 violates Plaintiffs' rights to free speech, association, and assembly protected by the First Amendment, as well as their right to equal protection under the law protected by the Fourteenth Amendment and their right to buy and sell lawful arms for lawful purposes under the Second Amendment. Unless this Court orders the requested preliminary relief, Plaintiffs will continue to suffer actual and substantial irreparable harm as described in Plaintiffs' memorandum of points and authorities.

This application is made on the grounds set forth in the accompanying memorandum of points and authorities, the signed declarations of Carl Dawson Michel, Anna M. Barvir, Gerald Clark, Alan Gottlieb, Eric Johnson, Chad Littrell, Patrick Lopez, Jan Steven Merson, Richard Minnich, and Tracy Olcott, the request for judicial notice, all pleadings and papers filed in this action, the argument of

counsel, and further evidence as the Court may consider at or before the hearing on this motion.

Dated:  November 16, 2022

**MICHEL & ASSOCIATES, P.C.**

*/s/ Anna M. Barvir*

Anna M. Barvir
Counsel for Plaintiffs B&L Productions, Inc.,
California Rifle & Pistol Association,
Incorporated, Gerald Clark, Eric Johnson,
Chad Littrell, Jan Steven Merson, Asian
Pacific American Gun Owner Association,
Second Amendment Law Center, Inc.

Dated:  November 16, 2022

**LAW OFFICES OF DONALD KILMER, APC**

*/s/ Donald Kilmer*

Donald Kilmer
Counsel for Plaintiff Second Amendment
Foundation

## ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this NOTICE OF PLAINTIFFS' MOTION AND MOTION FOR PRELIMINARY INJUNCTION. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: November 16, 2022

*/s/ Anna M. Barvir*

Anna M. Barvir

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *B & L Productions, Inc., et al. v. Newsom, et al.*
Case No.: 8:22-cv-01518 JWH (JDEx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF PLAINTIFFS' MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Nicole J. Kau, Deputy Attorney General
nicole.kau@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
*Attorney for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 16, 2022.

Laura Palmerin

CERTIFICATE OF SERVICE