C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; GERALD CLARK; ERIC JOHNSON; CHAD LITTRELL; JAN STEVEN MERSON; CALIFORNIA RIFLE & PISTOAL ASSOCIATION, INCORPORATED; ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION; SECOND AMENDMENT LAW CENTER, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>                      Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; TODD SPITZER, in his official capacity as District Attorney of Orange County; 32nd DISTRICT AGRICULTURAL ASSOCIATION; DOES 1-10;<br><br>                      Defendants. | CASE NO.: 8:22-cv-01518 JWH (JDEx)<br><br>**DECLARATION OF ERIC JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   January 6, 2023<br>Hearing Time:   9:00 a.m.<br>Courtroom:      9D<br>Judge:          John W. Holcomb<br><br>Action Filed:   August 12, 2022 |

1
DECLARATION OF ERIC JOHNSON

**DECLARATION OF ERIC JOHNSON**

1. I, Eric Johnson, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of Whittier, California.

3. Before the adoption and implementation of Senate Bill 264, I regularly attended the Crossroads of the West Gun Show, a recurring, safe, and family-friendly gun-show event produced by B&L Productions, Inc., d/b/a Crossroads of the West ("Plaintiff Crossroads") and held at the Orange County Fair & Event Center ("the Fairgrounds").

4. I am a certified trainer, Range Safety Expert, retired coach, and Chief Range Safety Officer, and I work as a volunteer offering training to scouting groups and gun owners across the state. In these roles, is important for me to participate in events like gun shows, which provide valuable opportunities to educate gun owners and to learn from others while engaging in discussions about firearms, shooting techniques, legal requirements, and the like to enhance my knowledge as a trainer.

5. Indeed, as an instructor it is imperative that I am knowledgeable about firearms, ammunition, and parts of firearms so that I may best educate my students to operate firearms safely and confidently. I gather much of this information from other gun owners, trainers, and vendors at gun shows held at the Fairgrounds.

6. I also enjoyed attending gun shows at the Fairgrounds because these events offer me a unique opportunity to engage with like-minded people to explore and discuss the lawful uses of firearms, including self-defense, hunting, target shooting, safety training, gunsmithing, and general appreciation of firearms. I also enjoy discussing other issues like politics, the Second Amendment, being a gun owner in California, and gun safety with potential customers and other attendees of the show.

7. I also attended gun shows at the Fairgrounds to purchase firearms,

ammunition reloading supplies, ammunition, parts for the firearms he owns, materials for caring for his firearms, and much more. As a purchaser of such products at gun shows, I like being able to see firearms up close, to feel how they fit in my hand, and help me make the best decision about what firearm is right for me. Gun shows also provide a unique opportunity to engage with firearm retailers to ask questions about their products and learn from their expertise

8. Even when I am not in the market to purchase a firearm or ammunition, being able to speak to the vendors about new products and offerings is important to me as a gun owner and as an instructor. If it is not profitable for vendors to be at a gun show where they can sell their lawful products, I will lose the opportunity to engage these vendors.

9. At gun show events, like the Plaintiff Crossroads' gun show at the Fairgrounds, I have engaged with non-profit organizations that have shared information about their programs, given lectures, held training classes, and led discussions about gun rights. Indeed, I often set up and work Plaintiff California Rifle & Pistol Association's nonprofit vendor booth. I enjoy being able to participate in this broad platform event where all of my interests in these areas converge.

10. I am a member of the "gun culture," which is a discrete and identifiable group of individuals and organizations, who share a desire to exercise fundamental rights protected by the Second Amendment, and who seek to participate in public discourse and share in the benefit of a public resource, like the Fairgrounds. Participating in that culture with other gun owners and retailers is an important reason that I attend and support gun shows.

11. SB 264 and SB 915 diminish my right to engage in otherwise lawful commercial speech in a public forum and restricts my ability to purchase firearms, ammunition, and firearm parts for lawful purposes.

12. And because the effect of SB 264 and SB 915 has been to ban gun shows altogether, SB 264 and SB 915 restrict my right to engage with other like-

DECLARATION OF ERIC JOHNSON

1. minded people through political and commercial speech.

13. But for the adoption and enforcement of SB 264 and SB 915 which prohibits the sale of firearms, ammunition, and firearm precursor parts at the Fairgrounds, I would resume my participation as a trainer and attendee at gun show events at the Fairgrounds.

14. If this Court were to enjoin the enforcement of SB 264 and SB 915, allowing Plaintiff Crossroads' gun show events to return to the Fairgrounds, I would resume my participation as a trainer and attendee at gun show events at the Fairgrounds.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on November 15, 2022.

_____
Eric Johnson
Declarant

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *B & L Productions, Inc., et al. v. Newsom, et al.*
Case No.: 8:22-cv-01518 JWH (JDEx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ERIC JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Nicole J. Kau, Deputy Attorney General
nicole.kau@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
    *Attorney for Defendants*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed November 16, 2022.

*[signature]*
Laura Palmerin