IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; GERALD CLARK; ERIC JOHNSON; CHAD LITTRELL; JAN STEVEN MERSON; CALIFORNIA RIFLE & PISTOAL ASSOCIATION, INCORPORATED; ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION; SECOND AMENDMENT LAW CENTER, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; TODD SPITZER, in his official capacity as District Attorney of Orange County; 32nd DISTRICT AGRICULTURAL ASSOCIATION; DOES 1-10;<br><br>Defendants. | CASE NO.: 8:22-cv-01518 JWH (JDEx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The motion of Plaintiffs B&L Productions, Inc., Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association,

1  Incorporated, Asian Pacific American Gun Owner Association, Second
2  Amendment Law Center, Inc., and Second Amendment Foundation (collectively,
3  "Plaintiffs") came on regularly for hearing on January 6, 2023. Anna M. Barvir
4  appeared on behalf of Plaintiffs. Nicole J. Kau appeared on behalf of the Attorney
5  General. On proof made to the satisfaction of the court, and good cause appearing:

6      IT IS ORDERED that during the pendency of this action, the named
7  Defendants, their employees, agents, successors in office, and all District Attorneys,
8  County Counsel, and City Attorneys holding office in the state of California, as
9  well as their successors in office, are enjoined and restrained from engaging in,
10 committing, or performing, directly or indirectly, by any means whatsoever, any
11 enforcement of California Penal Code sections 27573 or 27575.

12     IT IS FURTHER ORDERED that, upon request by Plaintiff B&L
13 Productions, Inc., d/b/a Crossroads of the West ("Crossroads"), Defendant 32nd
14 District Agricultural Association must make available the next available date for a
15 gun show and allow Crossroads to reserve dates for gun show events (and to hold
16 such events) at the Fairgrounds as the District would any other event promoters
17 who have previously held events at the Fairgrounds.

18     This preliminary injunction will remain in effect until further order of the
19 Court.
20     IT IS SO ORDERED.
21
22 Dated: _____      _____
23                                                           Honorable John W. Holcomb
                                                          United States District Court Judge