Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Nicole J. Kau
Deputy Attorney General
State Bar No. 292026
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6220
  Fax: (916) 731-2125
  E-mail: Nicole.Kau@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom,
Attorney General Rob Bonta, Secretary Karen Ross,
and 32nd District Agricultural Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>               Defendants. | 8:22-cv-01518 JWH (JDEx)<br><br>**DECLARATION OF JENNIFER OLVERA IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: January 6, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D<br>Judge: The Honorable John W. Holcomb<br>Trial Date: TBD<br>Action Filed: August 12, 2022 |

I, Jennifer Olvera, declare as follows:

1. I am employed by the 32nd District Agricultural Association (the District) as Event Services Supervisor. My duties include supervising the team of Event Coordinators, event oversight, working with operations teams to set up and tear down shows, event estimating, pre-show contracting, post-show settlements,

1 | and event booking and sales. I have personal knowledge of the following facts,
2 | and if called as a witness, I could and would testify competently thereto.

3 |     2. The District is a state institution that is responsible for the OC Fair &
4 | Event Center, in the County of Orange, the City of Costa Mesa (the Fairgrounds).
5 | Its purpose is to hold fairs, expositions, and exhibitions to showcase various
6 | industries and industrial enterprises. It has the authority to enter into contracts with
7 | third-party event organizers to conduct events such as concerts, festivals, and
8 | industry shows at the Fairgrounds.

9 |     3. B&L Productions, Inc. (B&L) dba Crossroads of the West (Crossroads)
10 | is a repeat client that holds approximately 5 large-scale events (each for a whole
11 | weekend) a year at the Fairgrounds. The events are the same in nature: a gun
12 | show, with numerous vendors that serve food, sell firearm accessories and gear,
13 | offer firearms related training and information, and sell firearms, precursor parts,
14 | and ammunition.

15 |     4. The standard procedure for a returning client, such as Crossroads, to
16 | reserve the Fairgrounds, starts with a client representative contacting the Event
17 | Services Department of the District. Given the scale of Crossroads' events, it is
18 | preferred for dates to be reserved at least one year in advance. The Event Services
19 | Department would typically respond to the client representative within three to five
20 | days. Once dates are finalized, the Event Services Department drafts a rental
21 | agreement, which details the services and facilities provided, along with the costs.
22 | Finalizing a rental agreement for execution typically takes six to eight months.
23 | After full execution of the agreement, the Event Services Department continues to
24 | prepare for the event, making sure that the required insurance, payment, permits,
25 | and necessary staff, among other things, are accounted for.

26 |     5. On July 20, 2021, Tracy Olcott from Crossroads contacted me via e-mail,
27 | to reserve five weekends for gun shows in 2022. I responded the next day that four
28 |

out of the five weekends were available and that we would put those dates on hold for them.

6. On October 8, 2021, SB 264 was signed into law.

7. On December 3, 2021, Ms. Olcott followed up via e-mail to me about the event dates and asked if the rental contracts could be prepared by the end of 2021. I did not respond at that time, as our staff was in the midst of considering what, if any, impact SB 264 would have on Crossroads' reservations.

8. Plaintiff B&L commenced this lawsuit on August 12, 2022, and the District is named as one of the defendants.

9. Crossroads has not made any inquiries to the District since December 3, 2021, about reserving dates for its events.

10. If contacted, the District will coordinate with Crossroads in reserving the Fairgrounds for events. As is true for any event promoter, any reservation made by Crossroads would be contingent on its event complying with all applicable laws, including SB 264 (Penal Code § 27575) and SB 915 (Penal Code § 27573).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated Dec 9, 2022, at Costa Mesa, California.

Jennifer Olvera

SA2022303648
65584342.docx

# CERTIFICATE OF SERVICE

Case Name:  **B&L Productions, Inc., et al. v. Gavin Newsom, et al.**        No.  **8:22-cv-01518 JWH (JDEx)**

I hereby certify that on <u>December 9, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF JENNIFER OLVERA IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 9, 2022</u>, at Los Angeles, California.

| Carol Chow | /s/Carol Chow |
|---|---|
| Declarant | Signature |

SA2022303648