1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,** | 8:22-cv-01518 JWH (JDEx) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

Before the Court is Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and 32nd District Agricultural Association's Request for Judicial Notice (Request).

Having reviewed the Request, and good cause appearing, the Court hereby GRANTS the request and will judicially notice all exhibits attached to the Request, namely:

1. **Exhibit A** - Complaint, *B&L Productions, Inc., et al. v. Gavin Newsom, et al.*, Case No. 21-CV-1718-AJB-KSC (October 4, 2021).

2. **Exhibit B** - Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss the Complaint, *B&L Productions, Inc., et al. v. Gavin Newsom, et al.*, Case No. 21-CV-1718-AJB-KSC (January 24, 2022).

3. **Exhibit C -** Order Granting Defendants' Motion to Dismiss Plaintiffs' Complaint, *B&L Productions, Inc., et al. v. Gavin Newsom, et al.*, Case No. 21-CV-1718-AJB-KSC (August 18, 2022).

4. **Exhibit D –** Online docket of *B&L Productions, Inc., et al. v. Gavin Newsom, et al.*, Case No. 21-CV-1718-AJB-KSC, as of December 8, 2022.

**IT IS SO ORDERED.**

Date:_____    _____

Hon. John W. Holcomb
United States District Judge

SA2022303648
65586228.docx

# CERTIFICATE OF SERVICE

Case Name: **B&L Productions, Inc., et al. v. Gavin Newsom, et al.**    No. **8:22-cv-01518 JWH (JDEx)**

I hereby certify that on <u>December 9, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 9, 2022</u>, at Los Angeles, California.

| Carol Chow | /s/Carol Chow |
|---|---|
| Declarant | Signature |

SA2022303648