ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
NICOLE J. KAU
Deputy Attorney General
State Bar No. 292026
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6220
 Fax: (916) 731-2125
 E-mail: Nicole.Kau@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and 32nd District Agricultural Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 8:22-cv-01518 JWH (JDEx)<br><br>**DECLARATION OF ELENE MCGEE IN SUPPORT OF STATE DEFENDANTS' SUPPLEMENTAL BRIEF**<br><br>Date: February 10, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D<br>Judge: The Honorable John W. Holcomb<br>Action Filed: August 12, 2022 |

I, Elene McGee, declare as follows:

1. I am employed by the California Department of Justice, Office of the California Attorney General, in the Division of Law Enforcement, Bureau of Firearms, as a Staff Services Manager II. My duties include planning, organizing, directing and administering the work of professional staff responsible for a diverse set of tasks and functions which are managed by four Staff Services Managers who oversee the Training, Information and Compliance Unit and the Licensing and

Certificate of Eligibility Unit. I review and evaluate work flow and quality of work; ensure processing time lines and deadlines are met by all units; establish and maintain project priorities; monitor and exercise control over assigned resources/projects in accordance with DLE/Bureau policies and procedures; and make recommendations to bureau-level management. I implement new programs/procedures, manage projects and allocate resources. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently thereto.

2. The Bureau of Firearms maintains the Centralized List of Firearms Dealers, and the registry of all licensed ammunition vendors.

3. The dealers on the Centralized List of Firearms Dealers are eligible to sell firearms and ammunition as well as process private party transfers, internet sales, and pawn broker/consignment (if properly licensed) transactions in the State of California. In order to be eligible, they have to obtain: (1) a valid federal firearm license, (2) any regulatory or business license(s) required by local government, (3) a valid Seller's Permit issued by the California Department of Tax and Fee Administration, (4) a Certificate of Eligibility issued by the California Department of Justice, (5) a license granted by the licensing authority of the respective city and county, and (6) a valid listing on the DOJ Centralized List of Firearms Dealers.

4. Licensed Ammunition Vendors are eligible to sell ammunition in the State of California. To be eligible to sell ammunition in the State of California, the vendor must obtain: (1) a valid federal firearm license, if the applicant is federally licensed, (2) any regulatory or business license(s) required by local government, (3) a valid Seller's Permit issued by the California Department of Tax and Fee Administration, and (4) a certificate of eligibility issued by the Department of Justice.

5. As of January 11, 2023, there are 1,610 dealers on the Centralized List of Firearms Dealers. They are authorized to sell firearms and ammunition across the state, and are located in 456 cities, 680 zip codes, and 56 counties.

6. As of January 11, 2023, there are 165 licensed vendors that sell ammunition, located in 129 cities, 148 zip codes, and 41 counties.

7. As of January 11, 2023, there are 150 dealers that sell firearms and ammunition, as well as 12 vendors that sell ammunition, in Orange County; and, there are 77 dealers that sell firearms and ammunition, as well as 16 vendors that sell ammunition, in San Diego County. As of January 11, 2023, there are eight dealers on the Centralized List of Firearms Dealers that are located in the city of Costa Mesa. The Centralized List of Firearms Dealers also lists six dealers located in the zip code 92626 (within the city of Costa Mesa).

8. The Bureau of Alcohol, Tobacco, Firearms and Explosives maintains a list of Federal Firearms Licenses, and the information can be filtered by state (available at https://www.atf.gov/firearms/listing-federal-firearms-licensees). The difference between the information provided in this ATF database and that in the Centralized List is that there may be Federal Firearms Licensees who have not established or set up their business yet in California, and therefore, not conducting any firearm sales. In addition, the ATF database captures other Federal Firearms License types which are not listed on the Centralized List of Firearms Dealers. Type 1 and type 2 of the Federal Firearms Licensees correlate with the licensees in the Centralized List of Firearms Dealers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated January 27, 2023, at Sacramento, California.

_____
Elene McGee

SA2022303648

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **B&L Productions, Inc., et al. v. Gavin Newsom, et al.** | No. | **8:22-cv-01518 JWH (JDEx)** |

I hereby certify that on <u>January 27, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF ELENE MCGEE IN SUPPORT OF STATE DEFENDANTS' SUPPLEMENTAL BRIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 27, 2023</u>, at Los Angeles, California.

| Carol Chow | /s/Carol Chow |
|---|---|
| Declarant | Signature |

SA2022303648