1 ROB BONTA
Attorney General of California
2 R. MATTHEW WISE
Supervising Deputy Attorney General
3 NICOLE J. KAU
Deputy Attorney General
4 State Bar No. 292026
  300 South Spring Street, Suite 1702
5  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6220
6  Fax:  (916) 731-2125
  E-mail:  Nicole.Kau@doj.ca.gov
7 *Counsel for Defendants Governor Gavin Newsom,
Attorney General Rob Bonta, Secretary Karen Ross,*
8 *and 32nd District Agricultural Association*

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 8:22-cv-01518 JWH (JDEx)<br><br>**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS**<br><br>Courtroom:  9D<br>Judge:         The Honorable John W. Holcomb<br>Action Filed: August 12, 2022 |

        Pursuant to Local Rules 7-1 and 8-3 of the United States District Court for the Central District of California, Plaintiffs B & L Productions, Inc., d/b/a Crossroads of the West, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Incorporated, Second Amendment Law Center, Inc., Asian Pacific American Gun Owners Association, and Second Amendment Foundation, Inc. (collectively, "Plaintiffs") and Defendants Gavin Newsom, in his official capacity as Governor of the State of California, Rob Bonta, in his official capacity as Attorney General of the State of California, Karen Ross,

1

in her official capacity as Secretary of California Department of Food and Agriculture, and the 32nd District Agricultural Association (collectively, "Stipulating Defendants" and together with Plaintiffs, the "Stipulating Parties"), by and through their attorneys, hereby stipulate and jointly move to the following below:[1]

WHEREAS, Plaintiffs' Complaint (Doc No. 1) was filed in this Court on August 12, 2022;

WHEREAS, Plaintiffs completed service of the Complaint and Summons on the 32nd District Agricultural Association on August 29, 2022, the Attorney General Rob Bonta on August 30, 2022, Karen Ross on August 31, 2022, and Governor Gavin Newsom on September 13, 2022;

WHEREAS, the Stipulating Parties previously stipulated to extend the deadline for the Stipulating Defendants to file their response to Plaintiffs' Complaint by more than 30 days (Doc No. 14), and this was approved by the Court (Doc No 15);

WHEREAS, since the filing and approval of that stipulation, Plaintiffs learned of the recent adoption of California Senate Bill 915 (SB 915), a statewide law, effective January 1, 2023, which restricts the sales of firearms, ammunition, and firearm precursor parts on state property and buildings that sit on state property, subject to exceptions;

WHEREAS, the Stipulating Parties met and conferred, on or about November 1, 2022, regarding Plaintiffs' intent to file a First Amended Complaint and motion for preliminary injunction, and later filed a joint stipulation and motion regarding Plaintiffs' deadline to file the First Amended Complaint, the briefing schedule for Plaintiffs' motion for preliminary injunction, and the Stipulating Defendants' time to respond to the First Amended Complaint (Doc No. 16);

---

[1] Defendant Todd Spitzer, sued in his official capacity as the District Attorney of Orange County, is not a party to this stipulation and is represented by separate counsel.

        WHEREAS, the Court ordered in part that the hearing on Plaintiff's motion for preliminary injunction be set for January 6, 2023, and the Defendants' deadline to respond to the Complaint be extended to February 3, 2023 (Doc No. 20);

        WHEREAS, after the parties submitted the motion for preliminary injunction, opposition brief and reply brief, the Court issued an Order requesting supplemental briefs and continued the hearing to February 10, 2023 (Doc No. 25);

        WHEREAS, after the parties submitted the court-ordered supplemental briefing, the Court issued an Order requesting additional supplemental briefs and continued the hearing to April 6, 2023 (Doc. No. 28);

        WHEREAS, the issues that will be decided by the Court on Plaintiffs' motion for a preliminary injunction will significantly overlap with any potential motion to dismiss or other response to the First Amended Complaint, and thus the Stipulating Parties agree that it would preserve resources of both the parties and the Court to again extend the deadline for the Stipulating Defendants to file any responsive pleading.

        NOW THEREFORE, in consideration of the foregoing, the Stipulating Parties stipulate and jointly move as follows:

    The Stipulating Defendants' time to answer, move to dismiss, or otherwise respond to the First Amended Complaint shall be extended until 21 days after the Court issues its decision on Plaintiffs' motion for preliminary injunction.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 1, 2023 | **MICHEL & ASSOCIATES, P.C.** |
| 2 | | |
| 3 | | /s/ Anna M. Barvier |
| | | Anna M. Barvir |
| 4 | | Counsel for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc. |
| 5 | | |
| 6 | | |
| 7 | | |
| | Dated: February 1, 2023 | **LAW OFFICES OF DONALD KILMER, APC** |
| 8 | | |
| 9 | | /s/ Donald Kilmer |
| | | Donald Kilmer |
| 10 | | Counsel for Plaintiff Second Amendment Foundation |
| 11 | | |
| | Dated: February 1, 2023 | ROB BONTA |
| 12 | | Attorney General of California |
| | | R. MATTHEW WISE |
| 13 | | Supervising Deputy Attorney General |
| | | NICOLE J. KAU |
| 14 | | Deputy Attorney General |
| 15 | | |
| 16 | | /s/ Nicole Kau |
| | | Deputy Attorney General |
| 17 | | *Counsel for Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and 32nd District Agricultural Association* |
| 18 | | |
| 19 | | |
| 20 | SA2022303648 | |
| | 65718512.docx | |
| 21 | | |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **B&L Productions, Inc., et al. v. Gavin Newsom, et al.** | No. | **8:22-cv-01518 JWH (JDEx)** |

I hereby certify that on <u>February 1, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 1, 2023</u>, at Los Angeles, California.

| Carol Chow | */s/Carol Chow* |
|---|---|
| Declarant | Signature |

SA2022303648