IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | 8:22-cv-01518 JWH (JDEx)<br><br>**[PROPOSED] ORDER** |

　　　Before the Court is the Stipulation and Joint Motion to Extend Time to Respond to the First Amended Complaint by More Than 30 Days. Having reviewed the motion, and good cause appearing, the Court hereby GRANTS the motion and orders as follows:

　　　The Stipulating Defendants are to file their response to the First Amended Complaint 21 days after the Court issues its ruling on Plaintiffs' motion for preliminary injunction.

　　　**IT IS SO ORDERED.**

Dated: _____          _____

　　　　　　　　　　　　　　　　　　　　The Honorable John W. Holcomb

SA2022303648; 65717947.docx

1

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **B&L Productions, Inc., et al. v. Gavin Newsom, et al.** | No. | **8:22-cv-01518 JWH (JDEx)** |

I hereby certify that on <u>February 1, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 1, 2023</u>, at Los Angeles, California.

| Carol Chow | /s/Carol Chow |
|---|---|
| Declarant | Signature |

SA2022303648