IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | 8:22-cv-01518 JWH (JDEx) <br><br> ORDER |

Before the Court is the Stipulation and Joint Motion to Extend Time to Respond to the First Amended Complaint by More Than 30 Days. Having reviewed the motion, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The motion is **GRANTED**.
2. The Stipulating Defendants are **DIRECTED** to file their response to the First Amended Complaint 21 days after the Court issues its ruling on Plaintiffs' motion for preliminary injunction.

**IT IS SO ORDERED.**

Dated: February 2, 2023

The Honorable John W. Holcomb