UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - 
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-01518-JWH(JDEx) | Date | April 6, 2023 |
| Title | *B&L Productions, Inc. et al v. Gavin Newsom et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ann M. Barvir | Nicole J. Kau |
| Donald E. J. Kilmer, Jr. | |

**Proceedings:   HEARING RE:  PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 21]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.

The Court takes the motion [ECF No. 21] under submission.

**IT IS SO ORDERED.**

Time:  01:34
Initials of Preparer: cla