# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & L Productions, Inc. et al<br><br>PLAINTIFF(S)<br>v.<br>Gavin Newsom et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:22-cv-01518-JWH-JDE<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 11/13/2023 | 45 | MOTION for Reconsideration re Order on Motion |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Counsel shall consult the Notice of Deficiency re NOTICE OF MOTION for Reconsideration re Order on Motion for Preliminary Injunction [ECF No. 45] and lodge a Proposed Order.

Dated: 11/14/2023

By: _____
U.S. District Judge, John W. Holcomb