Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Nicole J. Kau
Deputy Attorney General
State Bar No. 292026
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6220
 Fax: (916) 731-2125
 E-mail: Nicole.Kau@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom,
Attorney General Rob Bonta, Secretary Karen Ross,
and 32nd District Agricultural Association*

*Exempt from Filing Fees Pursuant to Government Code 6103.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 8:22-cv-01518 JWH (JDEx)<br><br>**STATE DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Courtroom: 9D<br>Judge: The Honorable John W. Holcomb<br>Action Filed: August 12, 2022 |

Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross of the California Department of Food and Agriculture, and the 32nd District Agricultural Association (collectively, State Defendants), submit their answer to response to the First Amended Complaint (FAC, ECF No. 19). The State Defendants hereby answer the FAC in corresponding paragraphs, as follows:

**INTRODUCTION[1]**

1. Paragraph No. 1.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants admit that Plaintiff B&L Productions has operated gun shows in California for many years, including at the Orange County Fair & Event Center (the Fairgrounds), but deny each and every remaining allegation.

2. Paragraph No. 2. This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

3. Paragraph No. 3.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.  The remaining allegations contain argument and legal contentions that speak for themselves and require no response by the State Defendants.  To the extent that a response is required, the State Defendants deny these allegations.

4. Paragraph No. 4.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.  The State Defendants deny any remaining allegations.

5. Paragraph No. 5.  This paragraph consists of allegations that contain Plaintiffs' characterization of California statutes and legal argument, which speak for themselves, and no answer is required.  To the extent that a response is required, the State Defendants admit that Governor Newsom signed Senate Bill 264 and

---

[1] For the convenience of the Court and the parties, the State Defendants utilize the same headings as set forth in the Complaint.  The State Defendants neither admit nor deny any allegations that may be suggested by the headings.

Senate Bill 915 into law and that Defendant Bonta is the chief law enforcement officer of the State.  The State Defendants deny any remaining allegations.

6. Paragraph No. 6.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

7. Paragraph No. 7.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

## JURISDICTION AND VENUE

8. Paragraph No. 8.  The State Defendants admit that Plaintiffs purport to bring claims under federal law, and this Court has jurisdiction over this action.

9. Paragraph No. 9.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

10. Paragraph No. 10. This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

## PARTIES

### [Plaintiffs]

11. Paragraph No. 11. The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

12. Paragraph No. 12.  The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny

each and every allegation.  The remaining allegations contain legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

13. Paragraph No. 13.  The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.  The remaining allegations contain legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

14. Paragraph No. 14.  The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.  The remaining allegations contain legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

15. Paragraph No. 15.  The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.  The remaining allegations contain legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

16. Paragraph No. 16.  The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

17. Paragraph No. 17.  The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.  The remaining allegations contain legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

18. Paragraph No. 18.  The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

19. Paragraph No. 19.  The State Defendant lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

**[Defendants]**

20. Paragraph No. 20.  The State Defendants admit that Gavin Newsom is the Governor of the State of California and that his authority is established in Article 5, section 1 of the California Constitution.  The remaining allegations contain argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

21. Paragraph No. 21.  The State Defendants admit that Rob Bonta is the Attorney General of the State of California and is the chief law enforcement officer of the State.  The remaining allegations contain Plaintiffs' characterization of the law and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

22. Paragraph No. 22.  The State Defendants admit that Todd Spitzer is the Orange County District Attorney.  The remaining allegations contain Plaintiffs' characterization of the law and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

23. Paragraph No. 23.  The State Defendants admit that Karen Ross is the Secretary of the California Department of Food and Agriculture (CDFA) and that the Department's counsel represents District Agricultural Associations in the state. The remaining allegations contain Plaintiffs' characterization of the law and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

24. Paragraph No. 24.  The State Defendants admit that the 32nd District Agricultural Association is a public association formed pursuant to California Food and Agriculture section 3951 and its powers and duties are established in California Food and Agriculture section 4051 et seq.  The State Defendants deny that the District refused to consider contracts for any gun show.  The remaining allegations contain Plaintiffs' characterization of the law and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

25. Paragraph No. 25.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

## FACTUAL ALLEGATIONS

**[The First Amendment Rights to Free Speech, Association, & Assembly]**

26. Paragraph No. 26.  This paragraph consists of allegations describing the Constitution and federal statute that speak for themselves, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

27. Paragraph No. 27.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

28. Paragraph No. 28.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

29. Paragraph No. 29.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

30. Paragraph No. 30.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

31. Paragraph No. 31. This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

32. Paragraph No. 32.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

33. Paragraph No. 33.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

34. Paragraph No. 34.  This paragraph consists of allegations describing the Constitution and case law, which speak for themselves, and no answer is required. To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

**[The Second Amendment Right to Keep and Bear Arms Under the Law]**

35. Paragraph No. 35. This paragraph consists of references to the Constitution, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

36. Paragraph No. 36.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

37. Paragraph No. 37.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

38. Paragraph No. 38.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

39. Paragraph No. 39.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

**[The Fourteenth Amendment Right to Equal Protection Under the Law]**

40. Paragraph No. 40.  This paragraph consists of allegations describing the Constitution and federal statute, which speak for themselves, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

41. Paragraph No. 41.  This paragraph consists of allegations describing the Constitution, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

42. Paragraph No. 42.  This paragraph consists of allegations describing case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

**[Regulation of Gun Show Events in California]**

43. Paragraph No. 43.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

44. Paragraph No. 44.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

45. Paragraph No. 45.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

46. Paragraph No. 46.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

47. Paragraph No. 47.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

48. Paragraph No. 48.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

49. Paragraph No. 49.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

50. Paragraph No. 50.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

51. Paragraph No. 51.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

52. Paragraph No. 52.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

53. Paragraph No. 53.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

54. Paragraph No. 54.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

55. Paragraph No. 55.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

56. Paragraph No. 56.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

57. Paragraph No. 57.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

58. Paragraph No. 58.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

59. Paragraph No. 59.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

60. Paragraph No. 60.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

**[The Gun Show Cultural Experience]**

61. Paragraph No. 61.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

62. Paragraph No. 62.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

63. Paragraph No. 63. This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

64. Paragraph No. 64.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every such allegation.  This paragraph also consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

65. Paragraph No. 65.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

66. Paragraph No. 66.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

67. Paragraph No. 67.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

68. Paragraph No. 68.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

69. Paragraph No. 69.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

70. Paragraph No. 70.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

71. Paragraph No. 71.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

72. Paragraph No. 72.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

73. Paragraph No. 73.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every such allegation.  This paragraph also consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny these allegations.

74. Paragraph No. 74.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

75. Paragraph No. 75.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

76. Paragraph No. 76.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

**[The Orange County Fair & Event Center]**

77. Paragraph No. 77.  The State Defendants admits that the Fairgrounds is state property and is managed by the 32nd District Agricultural Association's (the District) Board of Directors, and that it must make annual reports as the CDFA directs pursuant to statute.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

78. Paragraph No. 78.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants admit that the District must carry

out its duties as set forth in California law.  The State Defendants deny any remaining allegations.

79. Paragraph No. 79.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  To the extent that a response is required, the State Defendants admit that Defendant Ross is the Secretary of the CDFA, and that CDFA must carry out its duties as set forth in California law.  The State Defendants deny any remaining allegations.

80. Paragraph No. 80.  This paragraph consists of allegations that contain Plaintiffs' characterizations of the law, and no answer is required.  The State Defendants admit that CDFA carries out its duties as set forth in California law. The State Defendants deny any remaining allegations.

81. Paragraph No. 81.  This paragraph consists of allegations describing the CDFA Contracts Manual for Agricultural Districts, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the Manual, the State Defendants deny them.  The State Defendants deny the remaining allegations.

82. Paragraph No. 82.  The State Defendants deny the allegations.

83. Paragraph No. 83.  This paragraph consists of allegations that contain Plaintiffs' legal argument and case law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

84. Paragraph No. 84.  The State Defendants admit that the Fairgrounds is used by many different groups and is a major event venue for large gatherings of people to engage in expressive activities, including concerts, festivals, and industry shows.  This paragraph also consists of allegations describing the Fairground's Rental Property Brochure, which speaks for itself.  To the extent Plaintiffs' allegations mischaracterize the Brochure, the State Defendants deny them.

85. Paragraph No. 85.  This paragraph consists of allegations describing the Fairground's Rental Property Brochure and Venue Rental information on the

1    Fairgrounds' website, which speak for themselves, and no answer is required.  To

2    the extent Plaintiffs' allegations mischaracterizes these documents, the State

3    Defendants deny them.

4         86. Paragraph No. 86.  This paragraph consists of allegations describing the

5    Fairgrounds' Board of Directors Governing Policy Manual, which speaks for itself,

6    and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the

7    Manual, the State Defendants deny them.

8         87. Paragraph No. 87.  This paragraph consists of allegations describing the

9    Fairgrounds' Board of Directors Governing Policy Manual, which speaks for itself,

10   and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the

11   Manual, the State Defendants deny them.

12        88. Paragraph No. 88.  The State Defendants lack sufficient information or

13   belief to respond to the factual allegations in this paragraph, and on that basis deny

14   each and every allegation.

15              **[Contracting for Use of the Fairgrounds]**

16        89. Paragraph No. 89.  The State Defendants admit that the District has a

17   process for entering into rental agreements with returning clients.  The State

18   Defendants deny any remaining allegations.

19        90. Paragraph No. 90.  The State Defendants admit that the District and

20   clients, including Plaintiff B&L, correspond regarding available dates for the next

21   calendar year for arranging future events on the Fairgrounds.  The State Defendants

22   deny any remaining allegations.

23        91. Paragraph No. 91.  The State Defendants admit the allegations.

24        92. Paragraph No. 92.  The State Defendants admit that the "hold" system

25   essentially operates as a right of first refusal to the benefit of certain returning

26   contractors, and the Defendant may not allow a newer vendor to reserves dates that

27   Plaintiff B&L prefers, even if there is no official contract with Plaintiff B&L yet.

28

93. Paragraph No. 93.  The State Defendants admit that the "hold" system provides the District with a standardized process for entering into rental agreements with returning clients.  The State Defendants deny each and every remaining allegation.

94. Paragraph No. 94.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.  To the extent this paragraph alleges that the laws challenged in this case ban gun shows, the State Defendants deny this allegation.

95. Paragraph No. 95.  The State Defendants admit the allegations.

96. Paragraph No. 96.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

**[Ban on Gun Shows at Other Fairgrounds & Resulting Litigation]**

97. Paragraph No. 97.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

98. Paragraph No. 98.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

99. Paragraph No. 99. This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

100. Paragraph No. 100.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and case law, and no answer is required. To the extent that a response is required, the State Defendants deny each and every allegation.

101. Paragraph No. 101. The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

102. Paragraph No. 102. The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

103. Paragraph No. 103. This paragraph consists of allegations describing Defendant Newsom's letter to the 22nd DAA, dated April 23, 2018, which speaks for itself, and no answer is required. To the extent Plaintiffs' allegations mischaracterize the letter, the State Defendants deny them.

104. Paragraph No. 104. This paragraph consists of allegations describing Assemblymember Todd Gloria's letter to the 22nd DAA, dated September 10, 2018, which speaks for itself, and no answer is required. To the extent Plaintiffs' allegations mischaracterize the letter, the State Defendants deny them.

105. Paragraph No. 105. This paragraphs consists of allegations describing a "fair board ad hoc 'Contracts Committee' recommend[ation]" at a public hearing on September 11, 2018, which speaks for itself, and no response is required. To the extent Plaintiffs' allegations mischaracterize the recommendation, the State Defendants deny them.

106. Paragraph No. 106. This paragraphs consists of allegations describing testimony before the 22nd DAA at the September 11, 2018 hearing made by Patrick Kerins, which speaks for itself, and no response is required. To the extent Plaintiffs' allegations mischaracterize the testimony, the State Defendants deny them.

107. Paragraph No. 107. This paragraphs consists of allegations describing Patrick Kerins' memorandum prepared for the 22nd DAA Board in 2016, which speaks for itself, and no response is required. To the extent Plaintiffs' allegations mischaracterize the memorandum, the State Defendants deny them.

108. Paragraph No. 108.  This paragraphs consists of allegations describing Patrick Kerins' memorandum prepared for the 22nd DAA Board in 2016, which speaks for itself, and no response is required.  To the extent Plaintiffs' allegations mischaracterize the memorandum, the State Defendants deny them.

109. Paragraph No. 109.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

110. Paragraph No. 110.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

111. Paragraph No. 111.  This paragraph consists of allegations that contain Plaintiffs' characterization of *B&L Prods. v. 22nd Dist. Agric. Ass'n*, 394 F. Supp. 3d 1226 (S.D. Cal. 2019), which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize that case, the State Defendants deny them.

112. Paragraph No. 112.  This paragraph consists of allegations that contain Plaintiff's characterization of *B&L Prods. v. 22nd Dist. Agric. Ass'n*, 394 F. Supp. 3d 1226 (S.D. Cal. 2019), which speaks for itself, and no answer is required. To the extent Plaintiffs' allegations mischaracterize that case, the State Defendants deny them.

113. Paragraph No. 113.  This paragraph consists of allegations describing a settlement agreement resolving the matter *B&L Prods. v. 22nd Dist. Agric. Ass'n*, 394 F. Supp. 3d 1226 (S.D. Cal. 2019), which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the agreement, the State Defendants deny them.

**[California's Assembly Bill 893 (Gloria)]**

114. Paragraph No. 114.  The State Defendants admit that Assemblymember Todd Gloria introduced AB 893 on or about February 20, 2019. The State Defendants deny any remaining allegations.

115. Paragraph No. 115.  This paragraph consists of allegations describing AB 893, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

116. Paragraph No. 116.  This paragraph consists of allegations describing AB 893, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

117. Paragraph No. 117.  This paragraph consists of allegations describing AB 893, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

118. Paragraph No. 118.  This paragraph consists of allegations describing AB 893, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

119. Paragraph No. 119. This paragraph consists of allegations describing AB 893, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

120. Paragraph No. 120.  This paragraph consists of allegations describing AB 893, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

121. Paragraph No. 121.  This paragraph consists of allegations describing AB 893's legislative history, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the legislative history, the State Defendants deny them.

1    122. Paragraph No. 122.  This paragraph consists of allegations describing
2    AB 893, which speaks for itself, and no answer is required.  To the extent
3    Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

4    123. Paragraph No. 123.  This paragraph consists of allegations describing
5    an analysis of AB 893, which speaks for itself, and no answer is required.  To the
6    extent Plaintiffs' allegations mischaracterize the analysis, the State Defendants
7    deny them.

8    124. Paragraph No. 124.  This paragraph consists of allegations describing
9    an analysis of AB 893, which speaks for itself, and no answer is required.  To the
10   extent Plaintiffs' allegations mischaracterize the analysis, the State Defendants
11   deny them.

12   125. Paragraph No. 125.  This paragraph consists of allegations describing
13   an analysis of AB 893 and a report cited therein, which speak for themselves, and
14   no answer is required.  To the extent Plaintiffs' allegations mischaracterize the
15   analysis and report, the State Defendants deny them.

16   126. Paragraph No. 126.  This paragraph consists of allegations describing
17   an analysis of AB 893 and a report cited therein, which speak for themselves, and
18   no answer is required.  To the extent Plaintiffs' allegations mischaracterize the
19   analysis and report, the State Defendants deny them.

20   127. Paragraph No. 127.  This paragraph consists of allegations describing
21   an analysis of AB 893 and a report cited therein, which speak for themselves, and
22   no answer is required.  To the extent Plaintiffs' allegations mischaracterize the
23   analysis and report, the State Defendants deny them.

24   128. Paragraph No. 128.  This paragraph consists of allegations describing
25   an analysis of AB 893 and a report cited therein, which speak for themselves, and
26   no answer is required.  To the extent Plaintiffs' allegations mischaracterize the
27   analysis and report, the State Defendants deny them.

28

129. Paragraph No. 129.  This paragraph consists of allegations describing an analysis of AB 893 and various reports, which speak for themselves, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the analysis and reports, the State Defendants deny them.

130. Paragraph No. 130.  This paragraph consists of allegations describing an analysis of AB 893 and a report cited therein, which speak for themselves, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the analysis and report, the State Defendants deny them.

**[California's Senate Bill 264 (Min)]**

131. Paragraph No. 131.  This paragraph consists of allegations describing a news article, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the article, the State Defendants deny them.

132. Paragraph No. 132.  This paragraph consists of allegations describing a news article, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the article, the State Defendants deny them.

133. Paragraph No. 133.  The State Defendants admit that Senator Min introduced Senate Bill 264 on January 27, 2021.  This paragraph also consists of allegations describing SB 264, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

134. Paragraph No. 134.  This paragraph consists of allegations describing SB 264, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

135. Paragraph No. 135.  This paragraph consists of allegations describing SB 264, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

136. Paragraph No. 136.  This paragraph consists of allegations describing SB 264, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

137. Paragraph No. 137.  This paragraph consists of allegations describing SB 264, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.  The State Defendants deny any remaining allegations.

138. Paragraph No. 138.  This paragraph consists of allegations describing SB 264's legislative history, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the legislative history, the State Defendants deny them.

139. Paragraph No. 139.  This paragraph consists of allegations describing SB 264, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the bill, the State Defendants deny them.

140. Paragraph No. 140.  This paragraph consists of allegations describing an analysis of SB 264 and a report cited therein, which speak for themselves, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the analysis and report, the State Defendants deny them.

141. Paragraph No. 141.  This paragraph consists of Senator Min's testimony to a Senate committee on March 16, 2021, which speak for themselves, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the testimony, the State Defendants deny them.

142. Paragraph No. 142.  This paragraph consists of Senator Min's testimony to a Senate committee on March 16, 2021, which speak for themselves, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the testimony, the State Defendants deny them.

143. Paragraph No. 143.  This paragraph consists of Senator Min's testimony to a Senate committee on March 16, 2021, which speak for themselves,

1  and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the
2  testimony, the State Defendants deny them.

3      144. Paragraph No. 144.  This paragraph consists of Senator Min's
4  testimony to a Senate committee on March 16, 2021, which speak for themselves,
5  and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the
6  testimony, the State Defendants deny them.

7                    [**California's Senate Bill 915 (Min)**]

8      145. Paragraph No. 145.  The State Defendants admit that Senator Min
9  introduced Senate Bill 915 on February 2, 2022, and deny all remaining allegations.

10     146. Paragraph No. 146.  This paragraph consists of allegations describing
11 SB 915, which speaks for itself, and no answer is required.  To the extent Plaintiffs'
12 allegations mischaracterize the bill, the State Defendants deny them.

13     147. Paragraph No. 147.  This paragraph consists of allegations describing
14 SB 915, which speaks for itself, and no answer is required.  To the extent Plaintiffs'
15 allegations mischaracterize the bill, the State Defendants deny them.

16     148. Paragraph No. 148.  The State Defendants admit that SB 915 took
17 effect on January 1, 2023.  This paragraph also consists of allegations describing
18 SB 915, which speaks for itself, and no answer is required.  To the extent Plaintiffs'
19 allegations mischaracterize the bill, the State Defendants deny them.  The State
20 Defendants lack sufficient information or belief to respond to the remaining factual
21 allegations in this paragraph, and on that basis deny each and every allegation.

22     149. Paragraph No. 149.  This paragraph consists of allegations describing
23 a press release, which speaks for itself, and no answer is required.  To the extent
24 Plaintiffs' allegations mischaracterize the press release, the State Defendants deny
25 them.  The remaining allegations contain Plaintiffs' characterization of their case
26 and legal argument, and no answer is required.  To the extent that a response is
27 required, the State Defendants deny them.

28

150. Paragraph No. 150. This paragraph consists of allegations describing SB 915 and Senator Min's testimony about it, which speak for themselves, and no answer is required. To the extent Plaintiffs' allegations mischaracterize the bill or testimony, the State Defendants deny them.

151. Paragraph No. 151. This paragraph consists of allegations describing SB 915's legislative history, which speaks for itself, and no answer is required. To the extent Plaintiffs' allegations mischaracterize the legislative history, the State Defendants deny them.

152. Paragraph No. 152. This paragraph consists of allegations describing SB 915's legislative history and a report cited therein, which speak for themselves, and no answer is required. To the extent Plaintiffs' allegations mischaracterize the legislative history and report, the State Defendants deny them.

**[The Impact of SB 264 and SB 915 on the Orange County Gun Show]**

153. Paragraph No. 153. This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required. To the extent that a response is required, the State Defendants deny each and every allegation.

154. Paragraph No. 154. This paragraph consists of allegations describing SB 264 and 915, which speak for themselves, and no answer is required. To the extent Plaintiffs' allegations mischaracterize the bills, the State Defendants deny them.

155. Paragraph No. 155. This paragraph consists of allegations describing SB 264 and 915, as well as statements by Senator Min, which speak for themselves, and no answer is required. To the extent Plaintiffs' allegations mischaracterize the bills and statements, the State Defendants deny them.

156. Paragraph No. 156. This paragraph consists of allegations describing an analysis of SB 264, which speaks for itself, and no answer is required. To the

extent Plaintiffs' allegations mischaracterize the analysis, the State Defendants deny them.

157. Paragraph No. 157.  This paragraph consists of allegations describing a press release, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the press release, the State Defendants deny them.

158. Paragraph No. 158.  This paragraph consists of allegations describing a press release, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the press release, the State Defendants deny them.

159. Paragraph No. 159.  This paragraph consists of allegations describing a letter, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the letter, the State Defendants deny them.

160. Paragraph No. 160.  This paragraph consists of allegations describing a letter, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the letter, the State Defendants deny them.

161. Paragraph No. 161.  This paragraph consists of allegations describing a letter, which speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the letter, the State Defendants deny them.

162. Paragraph No. 162.  The State Defendants admit that Plaintiff reached out to the District in late 2021 to request dates for events in 2022 and that the District did not place the contracts for gun shows on the agenda for October, November, or December 2021, as it was in the midst of considering the impact of SB 264 on its operations.  The State Defendants deny that Plaintiff reached out to the District in 2022 to request dates for events.

163. Paragraph No. 163.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

1      164. Paragraph No. 164.  The State Defendants deny the allegations.

2      165. Paragraph No. 165.  The State Defendants admit that, when SB 264

3  and SB 915 are in effect, the District cannot enter into contracts for gun shows at

4  the Fairgrounds if firearms, ammunition, or firearm precursor parts will be sold

5  during the shows.  The State Defendants deny that the District cannot and will not

6  enter into contracts for gun shows at the Fairgrounds when SB 264 and SB 915 are

7  in effect.

8      166. Paragraph No. 166. The State Defendants deny the allegations with

9  respect to the District.  As to the remaining allegations, the State Defendants lack

10  sufficient information or belief to respond to the factual allegations in this

11  paragraph, and on that basis deny each and every allegation.

12      167. Paragraph No. 167.  The State Defendants deny the allegations with

13  respect to the District.  As to the remaining allegations, the State Defendants lack

14  sufficient information or belief to respond to the factual allegations in this

15  paragraph, and on that basis deny each and every allegation.

16      168. Paragraph No. 168.  The State Defendants deny the allegations.

17      169. Paragraph No. 169.  This paragraph consists of allegations that contain

18  Plaintiffs' characterization of their case and the law, and no answer is required.  To

19  the extent that a response is required, the State Defendants deny each and every

20  allegation.

21      170. Paragraph No. 170.  The State Defendants deny that the District has

22  refused to finalize event dates.  The remaining allegations contain Plaintiffs'

23  characterization of their case, and no answer is required.  To the extent that a

24  response is required, the State Defendants deny each and every allegation.  The

25  State Defendants lack sufficient information or belief to respond to the factual

26  allegations in this paragraph, and on that basis deny each and every allegation.

27

28

1    171. Paragraph No. 171.  This paragraph consists of allegations that contain
2    Plaintiffs' characterization of their case, and no answer is required.  To the extent
3    that a response is required, the State Defendants deny each and every allegation.

4    172. Paragraph No. 172.  This paragraph consists of allegations that contain
5    Plaintiffs' characterization of their case, and no answer is required.  To the extent
6    that a response is required, the State Defendants deny each and every allegation.

7    173. Paragraph No. 173.  This paragraph consists of allegations that contain
8    Plaintiffs' characterization of their case and legal argument, and no answer is
9    required.  To the extent that a response is required, the State Defendants deny each
10   and every allegation.

11   174. Paragraph No. 174.  This paragraph consists of allegations that contain
12   Plaintiffs' characterization of their case and legal argument, and no answer is
13   required.  To the extent that a response is required, the State Defendants deny each
14   and every allegation.

15   175. Paragraph No. 175.  This paragraph consists of allegations that contain
16   Plaintiffs' characterization of their case and legal argument, and no answer is
17   required.  To the extent that a response is required, the State Defendants deny each
18   and every allegation.

19   176. Paragraph No. 176.  This paragraph consists of allegations that contain
20   Plaintiffs' characterization of their case and legal argument, and no answer is
21   required.  To the extent that a response is required, the State Defendants deny each
22   and every allegation.

23   177. Paragraph No. 177. The State Defendants lack sufficient information
24   or belief to respond to the allegations in this paragraph, and on that basis deny each
25   and every allegation.

26   178. Paragraph No.  178.  The State Defendants lack sufficient information
27   or belief to respond to the allegations in this paragraph, and on that basis deny each
28   and every allegation.

26

**FIRST CAUSE OF ACTION**
**Violation of Right to Free Speech Under U.S. Const., amend. I**
**42 U.S.C. § 1983**
(By Plaintiffs Clark, Johnson, Littrell, Merson, CRPA, APAGOA, 2ALC, SAF
Against All Defendants)

179. Paragraph No. 179.  Plaintiffs incorporate by reference the allegations of paragraphs 1 through 178, and in its Answer, the State Defendant incorporates by reference its corresponding responses.

180. Paragraph No. 180.  The State Defendants admit the allegations.

181. Paragraph No. 181.  The State Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

182. Paragraph No. 182.   This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

183. Paragraph No. 183.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

184. Paragraph No. 184.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

185. Paragraph No. 185.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

1    186. Paragraph No. 186.  This paragraph consists of allegations that contain

2    Plaintiffs' characterization of their case and legal argument, and no answer is

3    required.  To the extent that a response is required, the State Defendants deny each

4    and every allegation.

5    187. Paragraph No. 187.  This paragraph consists of allegations that contain

6    Plaintiffs' characterization of their case and legal argument, and no answer is

7    required.  To the extent that a response is required, the State Defendants deny each

8    and every allegation.

9    188. Paragraph No. 188.  This paragraph consists of allegations that contain

10   Plaintiffs' characterization of their case and legal argument, and no answer is

11   required.  To the extent that a response is required, the State Defendants deny each

12   and every allegation.

13   189. Paragraph No. 189.  This paragraph consists of allegations that contain

14   Plaintiffs' characterization of their case and legal argument, and no answer is

15   required.  To the extent that a response is required, the State Defendants deny each

16   and every allegation.

### SECOND CAUSE OF ACTION
**Violation of Right to Free Speech Under U.S. Const., amend. I**
**Mixed Political-Commercial**
**42 U.S.C. 1983**
(By Plaintiff Crossroads Against All Defendants)

21   190. Paragraph No. 190.  Plaintiffs incorporate by reference the allegations

22   of paragraphs 1 through 189, and in its Answer, the State Defendant incorporates by

23   reference its corresponding responses.

24   191. Paragraph No. 191.  The State Defendants admit the allegations.

25   192. Paragraph No. 192.  This paragraph consists of allegations that contain

26   Plaintiffs' characterization of their case and legal argument, and no answer is

1  required.  To the extent that a response is required, the State Defendants deny each

2  and every allegation.

3       193. Paragraph No. 193.  This paragraph consists of allegations describing

4  case law that speaks for itself.  To the extent Plaintiffs' allegations mischaracterize

5  the law, the State Defendants deny them.

6       194. Paragraph No. 194.  This paragraph consists of allegations that contain

7  Plaintiffs' characterization of their case and legal argument, and no answer is

8  required.  To the extent that a response is required, the State Defendants deny each

9  and every allegation.

10       195. Paragraph No. 195.  This paragraph consists of allegations that contain

11  Plaintiffs' characterization of their case and legal argument, and no answer is

12  required.  To the extent that a response is required, the State Defendants deny each

13  and every allegation.

14       196. Paragraph No. 196.  This paragraph consists of allegations that contain

15  Plaintiffs' characterization of their case and legal argument, and no answer is

16  required.  To the extent that a response is required, the State Defendants deny each

17  and every allegation.

18       197. Paragraph No. 197.  The State Defendants deny each and every

19  allegation.

20       198. Paragraph No. 198.  This paragraph consists of allegations that contain

21  Plaintiffs' characterization of their case and legal argument, and no answer is

22  required.  To the extent that a response is required, the State Defendants deny each

23  and every allegation.

24       199. Paragraph No. 199. This paragraph consists of allegations that contain

25  Plaintiffs' characterization of their case and legal argument, and no answer is

26  required.  To the extent that a response is required, the State Defendants deny each

27  and every allegation.

28

1   200. Paragraph No. 200.  This paragraph consists of allegations that contain
2   Plaintiffs' characterization of their case and legal argument, and no answer is
3   required.  To the extent that a response is required, the State Defendants deny each
4   and every allegation.

5   201. Paragraph No. 201.  This paragraph consists of allegations that contain
6   Plaintiffs' characterization of their case and legal argument, and no answer is
7   required.  To the extent that a response is required, the State Defendants deny each
8   and every allegation.

9   202. Paragraph No. 202.  This paragraph consists of allegations that contain
10  Plaintiffs' characterization of their case and legal argument, and no answer is
11  required.  To the extent that a response is required, the State Defendants deny each
12  and every allegation.

13              **THIRD CAUSE OF ACTION**
14  **Violation of Right to Commercial Speech Under U.S. Const., amend. I**
    **42 U.S.C. § 1983**
15  (By Plaintiffs Littrell, Merson, and CRPA Against All Defendants)

16  203. Paragraph No. 203.  Plaintiffs incorporate by reference the allegations
17  of paragraphs 1 through 202, and in its Answer, the State Defendant incorporates by
18  reference its corresponding responses.

19  204. Paragraph No. 204.  The State Defendants admit the allegations.

20  205. Paragraph No. 205.  The State Defendants lack sufficient information
21  or belief to respond to the allegations in this paragraph, and on that basis deny each
22  and every allegation.

23  206. Paragraph No. 206.   This paragraph consists of allegations that
24  contain Plaintiffs' characterization of their case and legal argument, and no answer
25  is required.  To the extent that a response is required, the State Defendants deny
26  each and every allegation.

27

28

1        207. Paragraph No. 207.  This paragraph consists of allegations that contain

2  Plaintiffs' characterization of their case and legal argument, and no answer is

3  required.  To the extent that a response is required, the State Defendants deny each

4  and every allegation.

5        208. Paragraph No. 208.  This paragraph consists of allegations that contain

6  Plaintiffs' characterization of their case and legal argument, and no answer is

7  required.  To the extent that a response is required, the State Defendants deny each

8  and every allegation.

9        209. Paragraph No. 209.  This paragraph consists of allegations that contain

10  Plaintiffs' characterization of their case and legal argument, and no answer is

11  required.  To the extent that a response is required, the State Defendants deny each

12  and every allegation.

13        210. Paragraph No.  210.  This paragraph consists of allegations that

14  contain Plaintiffs' characterization of their case and legal argument, and no answer

15  is required.  To the extent that a response is required, the State Defendants deny

16  each and every allegation.

17        211. Paragraph No. 211.  This paragraph consists of allegations that contain

18  Plaintiffs' characterization of their case and legal argument, and no answer is

19  required.  To the extent that a response is required, the State Defendants deny each

20  and every allegation.

21        212. Paragraph No. 212.  This paragraph consists of allegations that contain

22  Plaintiffs' characterization of their case and legal argument, and no answer is

23  required.  To the extent that a response is required, the State Defendants deny each

24  and every allegation.

25        213. Paragraph No. 213.  This paragraph consists of allegations that contain

26  Plaintiffs' characterization of their case and legal argument, and no answer is

27  required.  To the extent that a response is required, the State Defendants deny each

28  and every allegation.

214. Paragraph No. 214.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

### FOURTH CAUSE OF ACTION
**Prior Restraint on Right to Free Speech Under U.S. Const., amend. I**
**42 U.S.C. § 1983**
(By All Plaintiffs Against All Defendants)

215. Paragraph No. 215.  Plaintiffs incorporate by reference the allegations of paragraphs 1 through 214, and in its Answer, the State Defendant incorporates by reference its corresponding responses.

216. Paragraph No. 216.  This paragraph consists of references to case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

217. Paragraph No. 217.  This paragraph consists of references to case law that speaks for itself, and no answer is required.  To the extent Plaintiffs' allegations mischaracterize the law, the State Defendants deny them.

218. Paragraph No. 218.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

219. Paragraph No. 219.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

220. Paragraph No. 220.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is

required.  To the extent that a response is required, the State Defendants deny each and every allegation.

221. Paragraph No. 221. This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

222. Paragraph No. 222.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

**FIFTH CAUSE OF ACTION**
**Violation of Right to Assemly and Association Under U.S. Const., amend I.**
**42 U.S.C. § 1983**
(By All Plaintiffs Against All Defendants)

223. Paragraph No. 223.  Plaintiffs incorporate by reference the allegations of paragraphs 1 through 222, and in its Answer, the State Defendant incorporates by reference its corresponding responses.

224. Paragraph No. 224.  The State Defendants admit the allegations.

225. Paragraph No. 225.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

226. Paragraph No. 226.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

227. Paragraph No. 227.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is

1    required.  To the extent that a response is required, the State Defendants deny each

2    and every allegation.

3          228. Paragraph No. 228.  This paragraph consists of allegations that contain

4    Plaintiffs' characterization of their case and legal argument, and no answer is

5    required.  To the extent that a response is required, the State Defendants deny each

6    and every allegation.

7          229. Paragraph No. 229.  This paragraph consists of allegations that contain

8    Plaintiffs' characterization of their case and legal argument, and no answer is

9    required.  To the extent that a response is required, the State Defendants deny each

10    and every allegation.

11          230. Paragraph No. 230.  This paragraph consists of allegations that contain

12    Plaintiffs' characterization of their case and legal argument, and no answer is

13    required.  To the extent that a response is required, the State Defendants deny each

14    and every allegation.

15          231. Paragraph No. 231.  This paragraph consists of allegations that contain

16    Plaintiffs' characterization of their case and legal argument, and no answer is

17    required.  To the extent that a response is required, the State Defendants deny each

18    and every allegation.

19          232. Paragraph No. 232.  This paragraph consists of allegations that contain

20    Plaintiffs' characterization of their case and legal argument, and no answer is

21    required.  To the extent that a response is required, the State Defendants deny each

22    and every allegation.

23    
**SIXTH CAUSE OF ACTION**
**Violation of The Right to Equal Protection Under U.S. Const., amend. XIV**
**42 U.S.C. § 1983**
(By All Plaintiffs Against All Defendants)

233. Paragraph No. 233.  Plaintiffs incorporate by reference the allegations of paragraphs 1 through 232, and in its Answer, the State Defendant incorporates by reference its corresponding responses.

234. Paragraph No. 234.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

235. Paragraph No. 235.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegations.

236. Paragraph No. 236.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

237. Paragraph No. 237.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

238. Paragraph No. 238.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case, legal argument, and case law, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation and deny any allegations that mischaracterize the law.

239. Paragraph No. 239.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

240. Paragraph No. 240, incorrectly numbered 232.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

**SEVENTH CAUSE OF ACTION**
**Violation of Right to Keep and Bear Arms Under U.S. Const., amend. II**
**42 U.S.C. § 1983**
(By All Plaintiffs Against All Defendants)

241. Paragraph No. 241, incorrectly numbered 233.  Plaintiffs incorporate by reference the allegations of paragraphs 1 through "232," and in its Answer, the State Defendant incorporates by reference its corresponding responses.

242. Paragraph No. 242, incorrectly numbered 234.  The State Defendants lack sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis deny each and every allegation.

243. Paragraph No. 243, incorrectly numbered 235. This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

244. Paragraph No. 244, incorrectly numbered 236. This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

245. Paragraph No. 245, incorrectly numbered 237.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

246. Paragraph No. 246, incorrectly numbered 238.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal

argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

247. Paragraph No. 247, incorrectly numbered 239.  This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

248. Paragraph No. 248, incorrectly numbered 240. This paragraph consists of allegations that contain Plaintiffs' characterization of their case and legal argument, and no answer is required.  To the extent that a response is required, the State Defendants deny each and every allegation.

**PRAYER FOR RELIEF**

The State Defendants deny that Plaintiffs are entitled to any of the relief requested in the FAC, or any relief whatsoever. To the extent that the Prayer for Relief contains any allegations to which a response is required, the State Defendants deny them.

**<u>AFFIRMATIVE DEFENSES</u>**

FIRST AFFIRMATIVE DEFENSE

The Court should dismiss the FAC because it fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

The FAC, all causes of action therein and relief requested, are barred by the United States Constitution, Amendment XI.

THIRD AFFIRMATIVE DEFENSE

The causes of action are time-barred by the statute of limitations.

FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Plaintiffs lacks standing.

FIFTH AFFIRMATIVE DEFENSE

1   The FAC, all causes of action therein and relief requested, are barred by the

2   equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

3                       SIXTH AFFIRMATIVE DEFENSE

4       Plaintiffs failed to mitigate damages.

5                      SEVENTH AFFIRMATIVE DEFENSE

6   The FAC, all causes of action therein and relief requested, are barred by the

7   doctrine of abstention.

8                       EIGHTH AFFIRMATIVE DEFENSE

9       The State Defendants have not knowingly or intentionally waived any

10   applicable affirmative defense. The State Defendants reserve the right to assert and

11   rely upon other such defenses as may become available or apparent during

12   discovery proceedings or as may be raised or asserted by others in this case, and to

13   amend the Answer and/or affirmative defenses accordingly.  The State Defendants

14   further reserves the right to amend the Answer to delete affirmative defenses that

15   they determine are not applicable after subsequent discovery.

16                       **<u>PRAYER FOR RELIEF</u>**

17       WHEREFORE, The State Defendants pray that:

18       1.  Plaintiffs take nothing by reason of the FAC;

19       2.  Judgment be entered in favor of the State Defendants;

20       3.  The State Defendants be awarded costs incurred in defending this action;

21   and

22       4.  The State Defendants be awarded such further relief that the Court may

23            deem just and proper.

24

25

26

27

28

1  Dated:  November 20, 2023                    Respectfully submitted,

2                                               ROB BONTA
                                                Attorney General of California
3                                               R. MATTHEW WISE
                                                Supervising Deputy Attorney General
4
                                                /s/ NICOLE J. KAU
5                                               NICOLE J. KAU
                                                Deputy Attorney General
6                                               *Attorneys for Defendants Governor*
                                                *Gavin Newsom, Attorney General*
7                                               *Rob Bonta, Secretary Karen Ross,*
                                                *and 32nd District Agricultural*
8                                               *Association*

9  SA2022303648

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **B&L Productions, Inc., et al. v.**        No.   **8:22-cv-01518 JWH (JDEx)**
             **Gavin Newsom, et al.**

I hereby certify that on November 20, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 20, 2023, at Los Angeles, California.


|                        |                        |
| :--------------------: | :--------------------: |
| Kevin Carballo         | *Kevin Carballo*       |
| Declarant              | Signature              |

SA2022303648
POS.docx