ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
NICOLE J. KAU
Deputy Attorney General
State Bar No. 292026
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6220
  Fax:  (916) 731-2125
  E-mail:  Nicole.Kau@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom,
Attorney General Rob Bonta, Secretary Karen Ross,
and 32nd District Agricultural Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 8:22-cv-01518 JWH (JDEx)<br><br>**NOTICE OF PRELIMINARY INJUNCTION APPEAL**<br><br>Judge:    The Honorable John W. Holcomb<br>Action Filed: August 12, 2022 |

**PLEASE TAKE NOTICE** that Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross of the California Department of Food and Agriculture, and the 32nd District Agricultural Association (collectively, State Defendants), hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Plaintiffs' Motion for Preliminary Injunction, issued on October 30, 2023 (ECF No. 43).

Attached to this Notice is the Representation Statement, pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b).

Dated: November 27, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/s/ NICOLE J. KAU
NICOLE J. KAU
Deputy Attorney General
*Attorneys for Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and 32nd District Agricultural Association*

SA2022303648

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Attorneys for Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and 32nd District Agricultural Association

Name(s) of counsel (if any):

> Deputy Attorney General Nicole Kau
> Supervising Deputy Attorney General R. Matthew Wise
> Attorney General of California Rob Bonta

Address: 300 S. Spring St., Suite 1702, Los Angeles, CA 90013

Telephone number(s): 213-269-6220

Email(s): nicole.kau@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> B&L Prod., Inc.; Gerald Clark; Eric Johnson; Chad Littrell; Jan Steven Merson; California Rifle & Pistol Ass'n, Inc., Asian Pacific American Gun Owners Ass'n., Second Amendment Law Center, Inc., Second Amendment Foundation

Name(s) of counsel (if any):

> C.D. Michel, Anna M. Barvir, Tiffany D. Cheuvront, Donald Kilmer
> (The contact information for Donald Kilmer is on the next page.)

Address: 180 E. Ocean Blvd., Suite 200, Long Beach, CA 90802

Telephone number(s): 562-216-4444

Email(s): cmichel@michellawyers.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
Same as above.

Name(s) of counsel (if any):
Donald Kilner

Address: 14085 Silver Ridge Road, Caldwell, Idaho 83607

Telephone number(s): 408-264-8489

Email(s): Don@DKLawoffice.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

# CERTIFICATE OF SERVICE

Case Name:  **B&L Productions, Inc., et al. v. Gavin Newsom, et al.**   No.  **8:22-cv-01518 JWH (JDEx)**

I hereby certify that on <u>November 27, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF PRELIMINARY INJUNCTION APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 27, 2023</u>, at Los Angeles, California.

|  |  |
|---|---|
| Kevin Carballo | *Kevin Carballo* |
| Declarant | Signature |

SA2022303648
POS.docx