ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General
NICOLE J. KAU
Deputy Attorney General
State Bar No. 292026
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6220
  Fax:  (916) 731-2125
  E-mail:  Nicole.Kau@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom,
Attorney General Rob Bonta, Secretary Karen Ross,
and 32nd District Agricultural Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**<br><br>               Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>               Defendants. | 8:22-cv-01518 JWH (JDEx)<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Courtroom: 9D<br>Judge: The Honorable John W. Holcomb |

Plaintiffs B&L Productions, Inc., Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Asian Pacific American Gun Owners Association, Second Amendment Law Center, Inc., and Second Amendment Foundation (Plaintiffs) and Defendants Gavin Newsom, Rob Bonta, Karen Ross, and the 32nd District Agricultural Association (Defendants) (collectively, the Parties) hereby stipulate to and request a stay of the proceedings in this Court pending the Ninth Circuit's decision on the appeal of this Court's

1

1   Order Granting Plaintiffs' Motion for Preliminary Injunction, ECF No. 43.  *B&L*
2   *Productions, Inc. v. Newsom*, 23-3793 (9th Cir.).  The Parties further agree as
3   follows:
4        WHEREAS, Plaintiffs commenced this action on August 12, 2022;
5        WHEREAS, Plaintiffs filed their motion for a preliminary injunction on
6   November 16, 2022, the Parties completed all briefing by March 24, 2023, and
7   argument was held on April 6, 2023;
8        WHEREAS, the Court issued the Order Granting Plaintiffs' Motion for
9   Preliminary Injunction on October 30, 2023;
10       WHEREAS, the State Defendants filed their Notice of Appeal of the Order
11  Granting Plaintiffs' Motion for Preliminary Injunction on November 27, 2023;
12       WHEREAS, the Ninth Circuit ordered the pending appeal of this matter to be
13  coordinated with the appeal of a parallel case, *B&L Productions, Inc. v. Newsom*,
14  3:21-cv-01718 (C.D. Cal.), Case No. 23-55431 (9th Cir.), and scheduled oral
15  argument for March 6, 2024;
16       WHEREAS, the Joint Rule 26(f) report in this matter must be filed by
17  December 29, 2023, and the scheduling conference is scheduled for January 12,
18  2024;
19       WHEREAS, after meeting and conferring, the Parties agree that good cause
20  exists to stay all proceedings before this Court until 30 days after the Ninth Circuit
21  issues the mandate on the pending appeal, Case No. 23-3793, because the Ninth
22  Circuit's decision will bear on the issues and claims raised by Plaintiffs in this
23  action and will affect further discovery and motion practice;
24       WHEREAS, when a party appeals a preliminary injunction, the case may
25  generally "proceed in the lower court as though no appeal has been taken," *Phelan*
26  *v. Taitano*, 233 F.2d 117, 119 (9th Cir. 1956), but the Court has discretion to issue a
27  stay of proceedings "incidental to the power inherent in every court to control the
28  disposition of the causes on its docket with economy of time and effort for itself,

1 | for counsel, and for litigants," *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360
2 | (C.D. Cal. 1997) (citing *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936));

3 |     WHEREAS, as long as the preliminary injunction remains in place, neither party will be harmed by the issuance of the requested stay—instead, "granting a stay will benefit both parties to this action by sparing them the expense of contemporaneous litigation and the accompanying fees and expenditure of time" inherent in pursuing litigation in both this Court and the Court of Appeals, Order at 6, *Baker v. Kealoha*, No. 11-00528 (D. Haw. June 19, 2012);

    WHEREAS, the State Defendants have agreed not to request from the Ninth Circuit or the Supreme Court a stay of this Court's preliminary injunction pending appeal;

    WHEREAS, a stay of the proceedings is also in the public interest because it will avoid wasting party and judicial resources by simultaneously litigating issues that may be decided or narrowed by the Ninth Circuit on appeal;

    NOW THEREFORE, the Parties jointly request that the Court stay all proceedings before this Court until 30 days after the Ninth Circuit issues the mandate on the pending appeal in Case No. 23-3793, and that the Court take the scheduling conference set for January 12, 2024, off calendar, until the stay is lifted.

| | |
|---|---|
| Dated: December 28, 2023 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>LARA HADDAD<br>Supervising Deputy Attorney General<br><br>/s/NICOLE J. KAU<br>NICOLE J. KAU<br>Deputy Attorney General<br>*Attorneys for Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and 32nd District Agricultural Association* |
| | **MICHEL & ASSOCIATES, P.C.** |
| Dated: December 28, 2023 | /s/ Anna M. Barvir<br>Anna M. Barvir<br>*Counsel for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.* |
| Dated: December 28, 2023 | **LAW OFFICES OF DONALD KILMER, APC**<br><br>/s/ Donald Kilmer<br>*Donald Kilmer*<br>*Counsel for Plaintiff Second Amendment Foundation* |

**ATTESTATION OF E-FILED SIGNATURES**

Pursuant to Local Rule 5-4.3.4, all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December _28, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General

/s/NICOLE J. KAU
NICOLE J. KAU
Deputy Attorney General
*Attorneys for Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and 32nd District Agricultural Association*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **B&L Productions, Inc., et al. v. Gavin Newsom, et al.** | No. | **8:22-cv-01518 JWH (JDEx)** |

I hereby certify that on <u>December 28, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO STAY PROCEEDINGS PENDING APPEAL; [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 28, 2023</u>, at Los Angeles, California.

| | |
|---|---|
| J. Sissov | /s/ J. Sissov |
| Declarant | Signature |

SA2022303648
66473760.docx