UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

B & L PRODUCTIONS, INC., DBA Crossroads of the West; BARRY BARDACK; RONALD J. DIAZ, Sr.; JOHN DUPREE; CHRISTOPHER IRICK; ROBERT SOLIS; LAWRENCE MICHAEL WALSH; CAPTAIN JON'S LOCKERS, LLC; L.A.X. FIRING RANGE, INC., DBA LAX AMMO; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.; SOUTH BAY ROD AND GUN CLUB, INC.; SECOND AMENDMENT FOUNDATION,

    Plaintiffs-Appellants,

 v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California and in his personal capacity; ROB BONTA, in his official capacity as Attorney General of the State of California and in his personal capacity; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; 22ND DISTRICT AGRICULTURAL ASSOCIATION; SUMMER STEPHAN, in her official capacity as District Attorney of San Diego County; LONNIE J. ELDRIDGE, in his official capacity as County Counsel of San Diego County; DOES, 1-50,

    Defendants-Appellees.

No.   23-55431

D.C. No.
3:21-cv-01718-AJB-DDL
Southern District of California,
San Diego

ORDER

| | |
|---|---|
| B & L PRODUCTIONS, INC., DBA Crossroads of the West; CALIFORNIA RIFLE & PISTOL ASSOCIATION; GERALD CLARK; ERIC JOHNSON; CHAD LITTRELL; JAN STEVEN MERSON; ASIAN PACIFIC AMERICAN GUN OWNER ASSOCIATION; SECOND AMENDMENT LAW CENTER, INC.; SECOND AMENDMENT FOUNDATION,<br><br>      Plaintiffs-Appellees,<br><br> v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in her personal capacity; 32ND DISTRICT AGRICULTURAL ASSOCIATION,<br><br>      Defendants-Appellants,<br><br>TODD SPITZER, in his official capacity as District Attorney of Orange County, DOES, 1-10,<br><br>      Defendants. | No. 23-3793<br><br>D.C. No.<br>8:22-cv-01518-JWH-JDE<br>Central District of California, Santa Ana |

Before:  CLIFTON, H.A. THOMAS, and DESAI, Circuit Judges.

      Defendants-Appellants are directed to file a response to Appellants' Petition for Rehearing En Banc (Docket Entry No. 49).  The response shall not exceed 15 pages or 4200 words and shall be filed within 21 days of the date of this order.