C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

# DISTRICT COURT OF THE UNITED STATES

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; GERALD CLARK; ERIC JOHNSON; CHAD LITTRELL; JAN STEVEN MERSON; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION; SECOND AMENDMENT LAW CENTER, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; TODD SPITZER, in his official capacity as District Attorney of Orange County; 32nd DISTRICT AGRICULTURAL ASSOCIATION; DOES 1-10,<br><br>Defendants. | Case No.: 8:22-cv-01518-JWH<br><br>**JOINT STIPULATION RE: CASE MANAGEMENT & PROPOSAL TO STAY CASE PENDING EN BANC NINTH CIRCUIT OPINIONS IN *YUKUTAKE V. LOPEZ & RHODE V. BONTA***<br><br>Courtroom:  9D<br>Judge:        Hon. Judge John W. Holcomb<br><br>Action Filed: August 12, 2022 |

1

STIPULATION

Plaintiffs B&L Productions, Inc., d/b/a Crossroads of the West, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Incorporated, Second Amendment Law Center, Inc., Asian Pacific American Gun Owners Association, and Second Amendment Foundation, Inc., ("Plaintiffs") and Defendants Gavin Newsom, Rob Bonta, Karen Ross, and the 32nd District Agricultural Association ("State Defendants") (collectively, "the Parties"), through their counsel of record, hereby submit this Joint Stipulation Re: Case Management & Proposal to Stay Case Pending Ninth Circuit En Banc Opinions in *Yukutake v. Lopez* and *Rhode v. Bonta*.

WHEREAS, in the Ninth Circuit opinion that vacated the preliminary injunction in this case and affirmed the dismissal of the complaint in the related case in the Southern District of California, the Ninth Circuit rejected the Plaintiffs' Second Amendment claim because the "Challenged Statutes do not 'meaningfully constrain' any individual's ability to keep and bear arms." *B&L Prods., Inc. v. Newsom*, 104 F.4th 108, 110 (9th Cir. 2024).

WHEREAS, in Plaintiffs' pending Motion for Leave to File Second Amended Complaint, Plaintiffs noted that the United States government had recently questioned the "meaningful constraint" test in an amicus brief filed in the Ninth Circuit. Pls.' Mot. at 9 (discussing En Banc Brief for the United States as Amicus Curiae at 6-7, *Rhode v. Bonta*, No. 24-542 (9th Cir. Jan. 5, 2026), ECF No. 98.1).

WHEREAS, in the State Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 80), the State Defendants referenced and relied upon the Ninth Circuit's reasoning for rejecting Plaintiffs' Second Amendment claim, including the application of the "meaningful constraint" analysis to the Challenged Statutes in this case. State Defs.' Opp'n at 12-15.

WHEREAS, in their Reply to Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 81), Plaintiffs responded to the State Defendants' arguments about the "meaningful constraint" test and also explained how, through their proposed Second Amended Complaint, they are attempting to plead that the Challenged Statutes impose a "meaningful constraint" on the Second Amendment. Pls.' Reply at 8-

STIPULATION

13. Plaintiffs also again noted that the Ninth Circuit's "meaningful constraint" test was being challenged in an amicus brief filed by the United States government. *Id.* at 13, n.5.

WHEREAS, the three-judge panel opinions in *Yukutake v. Lopez*, 130 F.4th 1077 (9th Cir. 2025) and in *Rhode v. Bonta*, 145 F.4th 1090 (9th Cir. 2025) each applied the "meaningful constraint" analysis and concluded that the challenged laws were unconstitutional under the Second Amendment.

WHEREAS, petitions for rehearing en banc were subsequently granted in both cases, thereby vacating the three-judge panel opinions in *Yukutake* and *Rhode*. *See Yukutake v. Lopez*, 144 F.4th 1119 (9th Cir. 2025); *Rhode v. Bonta*, 159 F.4th 1170 (9th Cir. 2025).

WHEREAS, each of these cases were assigned to different en banc panels, with the en banc oral argument for *Yukutake v. Lopez* (Case No. 21-16756) occurring on March 24, 2026, and the en banc oral argument for *Rhode v. Bonta* (Case No. 24-542) occurring on March 25, 2026. During both oral arguments, members of the separate en banc panels asked the parties to address the status of the "meaningful constraint" test, implying that both panels are considering whether to address this test in their respective decisions.[1]

WHEREAS, the en banc panels in *Yukutake* and *Rhode* could choose not to address the "meaningful constraint" test, modify it, affirm it, or abrogate it. Regardless of the outcome, the decisions in either or both cases could impact the analysis of Plaintiffs' Second Amendment claim in this case.

WHEREAS, in order to conserve the resources of both the parties and this Court, the Parties agree that good cause exists to stay this matter and to postpone the hearing on Plaintiffs' motion to for leave to amend, currently set for April 3, 2026, at 9:00 AM.

NOW THEREFORE, the Parties notify the Court of this situation and jointly

---

[1] No transcripts of the oral arguments are available yet, but video recordings of the arguments are available on the official YouTube channel for the US Court of Appeals for the Ninth Circuit. *Yukutake v. Honolulu* En Banc Oral Argument, YouTube.com (March 24, 2026), https://www.youtube.com/live/l8j2pz6H_Fc; *Rhode v. Bonta* En Banc Oral Argument, YouTube.com (March 25, 2026), https://www.youtube.com/live/2bjcA-zFr4E.

STIPULATION

propose the following actions by this Court:

      a.    Take the hearing on Plaintiffs' Motion for Leave to File Second Amended Complaint off calendar, to be reset (if necessary) at a later date.

      b.    Stay this action until the latter of the two en banc panels in *Yukutake v. Lopez*, Case No. 21-1675, and *Rhode v. Bonta*, Case No. 24-542, issues its opinion.

      c.    Order that the Parties file a status report with the Court within 21 days after the latter of the two en banc panels in *Yukutake v. Lopez*, Case No. 21-1675, and *Rhode v. Bonta*, Case No. 24-542, issues its opinion, so that the Parties can inform the Court about potential next steps.

Respectfully submitted,

Dated: March 27, 2026

**MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Dated: March 27, 2026

**LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff Second Amendment Foundation

Dated: March 27, 2026

**ROB BONTA**
**Attorney General of California**

*s/ Charles J. Sarosy*
CHARLES J. SAROSY
Supervising Deputy Attorney General
Attorneys for Defendants Gavin Newsom, Rob Bonta, Karen Ross, and the 32nd District Agricultural Association

STIPULATION

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STIPULATION RE: CASE MANAGEMENT & PROPOSAL TO STAY CASE PENDING NINTH CIRCUIT EN BANC OPINIONS IN *YUKUTAKE V. LOPEZ & RHODE V. BONTA*. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.


Dated: March 27, 2026                    *s/ Anna M. Barvir*
                                          Anna M. Barvir

5

STIPULATION

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *B&L Productions, et al. v. Gavin Newsom, et al.*
Case No.:     8:22-cv-01518-JWH

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT STIPULATION RE: CASE MANAGEMENT & PROPOSAL TO STAY CASE PENDING EN BANC NINTH CIRCUIT OPINIONS IN *YUKUTAKE V. LOPEZ & RHODE V. BONTA***

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Nicole J. Kau, Deputy Attorney General
nicole.kau@doj.ca.gov
Charles J. Sarosy, Supervising Deputy Attorney General
charles.sarosy@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
        *Attorneys for State Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 27, 2026.

Laura Fera

CERTIFICATE OF SERVICE