C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

## DISTRICT COURT OF THE UNITED STATES

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; GERALD CLARK; ERIC JOHNSON; CHAD LITTRELL; JAN STEVEN MERSON; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION; SECOND AMENDMENT LAW CENTER, INC.; and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; TODD SPITZER, in his official capacity as District Attorney of Orange County; 32nd DISTRICT AGRICULTURAL ASSOCIATION; DOES 1-10, <br><br> Defendants. | Case No.: 8:22-cv-01518-JWH <br><br> **JOINT STATUS REPORT** <br><br> Conf. Date:  January 9, 2026 <br> Conf. Time: 11:00 AM <br> Courtroom:  9D <br> Judge:        Hon. John W. Holcomb <br><br> Action Filed: August 12, 2022 |

1

Pursuant to this Court's Order Re: Case Management & Stay Pending En Banc Ninth Circuit Opinions in *Yukutake v. Lopez & Rhode v. Bonta* (ECF No. 84), Plaintiffs B&L Productions, Inc., d/b/a Crossroads of the West, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Incorporated, Second Amendment Law Center, Inc., Asian Pacific American Gun Owners Association, and Second Amendment Foundation, Inc., ("Plaintiffs") and Defendants Gavin Newsom, Rob Bonta, Karen Ross, and the 32nd District Agricultural Association ("State Defendants"), through their counsel of record, hereby submit this Joint Status Report.

On March 30, 2026, this Court stayed all proceedings in the matter until the latter of the two en banc panels in *Yukutake v. Lopez*, Case No. 21-1675, and *Rhode v. Bonta*, Case No. 24-542, issues its opinion. This Court further directed the Parties to file a status report no later than July 3, 2026, and every 90 days thereafter, advising the Court of the status of the *Yukutake* and *Rhode* en banc appeals. Both *Yukutake* and *Rhode* have been heard en banc and submitted to their respective panels. But, as of the date of this filing, there has been no opinion issued in either case.

Neither party seeks to modify or vacate the stay at this time.

Dated: July 2, 2026

**MICHEL & ASSOCIATES, P.C.**

 *s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs B&L Productions, Inc., California Rifle & Pistol Association, Incorporated, Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, Asian Pacific American Gun Owner Association, Second Amendment Law Center, Inc.

Dated: July 2, 2026

**LAW OFFICES OF DONALD KILMER, APC**

 *s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff Second Amendment Foundation

JOINT STATUS REPORT

Dated: July 2, 2026

**ROB BONTA**
**Attorney General of California**

*s/ Charles J. Sarosy*
CHARLES J. SAROSY
Deputy Attorney General
Attorneys for Defendants Gavin Newsom, Rob Bonta, Karen Ross, and the 32nd District Agricultural Association

## ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: July 2, 2026

*s/ Anna M. Barvir*
Anna M. Barvir

JOINT STATUS REPORT

## CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *B&L Productions, et al. v. Gavin Newsom, et al.*
Case No.:    8:22-cv-01518-JWH

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT STATUS REPORT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Nicole J. Kau, Deputy Attorney General
nicole.kau@doj.ca.gov
Charles J. Sarosy, Deputy Attorney General
charles.sarosy@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
        *Attorneys for State Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 2, 2026.

Laura Fera